**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>                      Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br>CLASS ACTION |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Infinity Q Capital Management, LLC ("IQCM") makes the following disclosure:

IQCM is a private non-governmental party. It is principally owned by Infinity Q Management Equity, LLC and Bonderman Family Limited Partnership. No publicly traded corporation holds 10% or more of its stock.

Dated: New York, New York
March 8, 2021

/s/ *George S. Canellos*

George S. Canellos
MILBANK LLP
gcanellos@milbank.com
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000

*Attorneys for Defendants Infinity Q Capital Management, LLC and Leonard Potter*