# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>      Defendants. | Civil Action No.: 1:21cv1047<br><br><u>CLASS ACTION</u> |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that SEAN M. MURPHY, of the law firm of Milbank LLP, hereby enters his appearance in the above-captioned action on behalf of Defendants Infinity Q Capital Management, LLC and Leonard Potter as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of Infinity Q Capital Management, LLC and Leonard Potter are expressly reserved.

Dated: New York, New York
March 11, 2021

/s/ Sean M. Murphy

Sean M. Murphy
MILBANK LLP
smurphy@milbank.com
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000

*Attorneys for Defendants Infinity Q Capital Management, LLC and Leonard Potter*