# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-01047-FB-RLM |
| v. | CLASS ACTION |
| TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his appearance in the above-captioned action on behalf of Defendants Trust for Advised Portfolios; John C. Chrystal; Albert J. DiUlio, S.J.; Christopher E. Kashmerick; Harry E. Resis; and Russell B. Simon as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendants are expressly reserved.

Dated: New York, New York　　　　　/s/ Matthew R. Ladd
　　　　　March 24, 2021　　　　　　Matthew R. Ladd
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10178
　　　　　　　　　　　　　　　　　　Phone: (212) 309-6000
　　　　　　　　　　　　　　　　　　Fax: (212) 309-6001
　　　　　　　　　　　　　　　　　　matthew.ladd@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios; John C. Chrystal; Albert J. DiUlio, S.J.; Christopher E. Kashmerick; Harry E. Resis; and Russell B. Simon*