UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>                Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br><u>CLASS ACTION</u> |

## **<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that SUSAN F. DICICCO, of the law firm of Morgan Lewis & Bockius LLP, hereby enters her appearance in the above-captioned action on behalf of Defendants Trust for Advised Portfolios; John C. Chrystal; Albert J. DiUlio, S.J.; Christopher E. Kashmerick; Harry E. Resis; and Russell B. Simon as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendants are expressly reserved.

Dated: New York, New York
      March 24, 2021

/s/ Susan F. DiCicco
Susan F. DiCicco
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
susan.dicicco@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios; John C. Chrystal; Albert J. DiUlio, S.J.; Christopher E. Kashmerick; Harry E. Resis; and Russell B. Simon*