**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>      Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br><u>CLASS ACTION</u> |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Trust for Advised Portfolios (the "Trust") makes the following disclosure:

The Trust is a Delaware statutory trust that is registered with the United States Securities and Exchange Commission as an open-end management investment company. The Trust has no parent corporation. The Trust issues shares of beneficial interest in several separate series, representing separate and distinct portfolios of assets (commonly referred to as "mutual funds"), one of which series is called the Infinity Q Diversified Alpha Fund (the "Fund") (IQDNX, IQDAX). The Trust is not aware of any publicly traded corporation that owns beneficially 10% or more of the Fund's shares.

Dated: March 24, 2021

/s/ Susan F. DiCicco
Susan F. DiCicco
Matthew R. Ladd
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
susan.dicicco@morganlewis.com
matthew.ladd@morganlewis.com

Joseph E. Floren*
MORGAN, LEWIS & BOCKIUS LLP
One Market, Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Fax: (415) 442-1001
joseph.floren@morganlewis.com

*Pro hac vice application forthcoming

*Counsel for Defendants Trust for Advised Portfolios; John C. Chrystal; Albert J. DiUlio, S.J.; Christopher E. Kashmerick; Harry E. Resis; and Russell B. Simon*