# Milbank

**SEAN M. MURPHY**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5688
smurphy@milbank.com  |  milbank.com

March 26, 2021

**VIA ECF**

Hon. Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    <u>Yang v. Trust for Advised Portfolios et al., 1:21-cv-01047-FB-RLM</u>

Dear Judge Mann:

      We represent Infinity Q Capital Management, LLC and Leonard Potter in the above-captioned action and write pursuant to Your Honor's Individual Rules to respectfully request a stay of time to answer, move against, or otherwise respond to any complaint in this action, as detailed in the enclosed Stipulation and [Proposed] Order Regarding Time to Respond to Complaint. This is the first request for such relief and Plaintiff consents to the request.[1]

      Respectfully Submitted,

      */s/ Sean M. Murphy*

      Sean M. Murphy

cc:    All counsel of record (via ECF)

---

[1] This proposed stipulation was previously filed with Judge Block, and on March 25 the Court denied the motion "without prejudice to re-file their application addressed to MJ Mann who will be handling all pre-trial matters in this litigation." (Electronic Order, Mar. 25, 2021).

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO