UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>Defendants. | No. 1:21-cv-01047-FB-RLM |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE PALM BEACH INVESTOR GROUP FOR (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**

Having considered the motion of the Palm Beach Investor Group ("Movants") for (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Movants' selection of Lead Counsel (the "Motion"), and good cause appearing, the Court hereby ORDERS as follows:

**I.  NEWLY FILED OR TRANSFERRED ACTIONS**

1. Pursuant to Federal Rule of Civil Procedure 42(a), *Yang v. Trust for Advised Portfolios, et al.*, 21-cv-01047, and *Sokolow v. Trust for Advised Portfolios, et al.*, 21-cv-02317 (the "Actions") are consolidated for pre-trial purposes;

2. Any pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE INFINITY Q DIVERSIFIED ALPHA FUND SECURITIES LITIGATION | ) ) ) | Civil Action No. 1:21-cv-01047-FB |
|---|---|---|
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS | ) | |

3. When a case that arises out of the subject matter of these Actions is hereinafter filed in this Court or transferred into this Court from another court, the Clerk of this Court shall:

   a. File a copy of this Order in the separate file for such action;

   b. Mail a copy of the Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

   c. Make the appropriate entry in the docket for this action.

4. Each new case arising out of the subject matter of these Actions that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order, or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

5. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

6. Movant has timely moved the Court to be appointed Lead Plaintiff in this action.

7. The Court having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Movants as Lead Plaintiff; and

8. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein Adler Freeman & Herz LLP is approved as Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2021

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE