## PLAINTIFF'S CERTIFICATION

Christian L. Klein ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

**See Attached Schedule A**

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

Christian L. Klein

## Schedule A to Certification of Christian L. Klein

| Date of Purchase | # of shares | Purchase Price | Basis |
|---|---|---|---|
| 01/15/20 | 4,187.605 | $11.9400 | $50,000.00 |
| 05/20/20 | 3,852.080 | $12.9800 | $50,000.00 |
| 07/21/20 | 778.210 | $12.8700 | $10,015.56 |

# PLAINTIFF'S CERTIFICATION

Mary Jean Gulden, on behalf of the Michael I. Gulden Revocable Trust ("Plaintiff"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

   - January 15, 2020 – 2,512.863 shares at $11.947/share: $30,017.59
   - May 14, 2020 – 4,611.837 shares at $12.638/share: $58,284.40

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

*Mary Jean Gulden*
Mary Jean Gulden

## PLAINTIFF'S CERTIFICATION

Mary Jean Gulden, on behalf of the Mary Jean Gulden Gifting Trust ("Plaintiff"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

   - January 15, 2020 - 4,187.605 shares at $11.944/share: $50,016.75

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

_Mary Jean Gulden_
Mary Jean Gulden

# PLAINTIFF'S CERTIFICATION

Mary Jean Gulden ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

- January 21, 2020 - 8,375.209 shares at $11.94/share: $100,000.00
- April 21, 2020 - 7,704.160 shares at $12.98/share: $100,000.00

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

_____
**Mary Jean Gulden**

# PLAINTIFF'S CERTIFICATION

Evelyn Lyman, on behalf of the Evelyn L. Lyman Irrevocable Trust ("Plaintiff"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

    - January 15, 2020 – 2512.563 shares at $11.947/share: $30,017.59

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

Evelyn Lyman

# PLAINTIFF'S CERTIFICATION

Curtis Lyman, on behalf of the Capital Markets Strategies LLC ("Plaintiff"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a class action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's **purchases** in the shares of the **INFINITY Q DIVERSIFIED ALPHA FUND** during the Class Period specified in the Complaint are as follows:

   - May 8, 2020 – 776.398 shares at $12.90/share: $10,015.53

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2021.

**Curtis Lyman**