**Palm Beach Investor Group Investment Chart**
**Infinity Q Diversified Alpha Fund (IQDNX)**

| Movant | Datse of Purchase | # of Shares Purchased | Purchase Price per Share | Investment Basis |
|---|---|---|---|---|
| **Mary Jean Gulden** | 01/15/20 | 8,375.209 | $11.9400 | $100,000.00 |
| | 04/21/20 | 7,704.160 | $12.9800 | $100,000.00 |
| | | | | **$200,000.00** |
| **Mary Jean Gulden Gifting Trust** | 01/15/20 | 4,187.605 | $11.9440 | **$50,016.75** |
| **Michael I. Gulden Revocable Trust** | 01/15/20 | 2,512.563 | $11.9470 | $30,017.59 |
| | 05/14/20 | 4,611.837 | $12.6380 | $58,284.40 |
| | | | | **$88,301.99** |
| **Christian L. Klein** | 01/15/20 | 4,187.605 | $11.9400 | $50,000.00 |
| | 05/20/20 | 3,852.080 | $12.9800 | $50,000.00 |
| | 07/21/20 | 778.210 | $12.8700 | $10,015.56 |
| | | | | **$110,015.56** |
| **Capital Market Strategies LLC** | 05/08/20 | 776.398 | $12.9000 | **$10,015.53** |
| **Evelyn L. Lyman Irrevocable Trust** | 01/15/20 | 2,512.563 | $11.9470 | **$30,017.59** |
| **TOTAL INVESTMENT BASIS- Palm Beach Investor Group** | | | | **$488,367.43** |

Note: Movants have not sold any shares nor reinvested capital gains and/or dividends