

**Jeremy A. Lieberman**
Managing Partner

April 27, 2021

**VIA ECF**
Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE: *Yang v. Trust for Advised Portfolios et al.*, 1:21-cv-01047-FB-RLM

Dear Judge Mann:

    Pomerantz LLP is counsel to Bruce Woda ("Woda"), movant for appointment as Lead Plaintiff in the above-referenced action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq.* (the "Lead Plaintiff Motion"). Pursuant to Your Honor's Individual Motion Practices and Rules with respect to motions, "[b]efore making any motion, the moving party must comply with [*inter alia*] . . . the Individual Rules of the assigned judges." Rule 2.D. of the Individual Motion Practices and Rules of the presiding United States District Judge, the Honorable Frederic Block, directs, *inter alia*, counsel to serve motion papers on all other parties "along with a cover letter setting forth whom the movant represents and the papers being served." Accordingly, we write to advise the Court, and all other potential parties, of the filing of a Notice of Motion, supporting Memorandum of Law, Declaration of Jeremy A. Lieberman (and Exhibits A-E thereto), and a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Counsel in support of Woda's Lead Plaintiff Motion, which must be filed by April 27, 2021, pursuant to the statutory requirements of the PSLRA. This letter will be served on all other potential parties to the Action via ECF at the time of the Lead Plaintiff Motion's filing, along with the documents referenced above.

                                      Respectfully submitted,

                                      Jeremy A. Lieberman

cc:     All counsel of record (via ECF)