UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>　　Defendants. | Case No.  1:21-cv-01047-FB-RLM |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
BRUCE WODA FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Bruce Woda ("Woda"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Woda's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Woda's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | | Chart reflecting the financial interest of Woda in the Action; |
| Exhibit B: | | Press release published over *PR Newswire* on February 26, 2021 announcing the pendency of the Action; |
| Exhibit C: | | Shareholder Certification executed by Woda; |
| Exhibit D: | | Declaration executed by Woda; and |
| Exhibit E: | | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 27, 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1