# EXHIBIT A

**Infinity Q Diversified Alpha Fund (IQDAX; IQDNX)**
**Class Period: December 21, 2018 through February 22, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount |
|---|---|---|---|---|---|
| Woda, Bruce | IQDAX | 4/23/2020 | 8,161 | $12.8900 | ($105,201) |
| Woda, Bruce | IQDAX | 1/15/2021 | 83 | $12.5000 | ($1,039) |
| **Woda, Bruce** | | | **8,245** | | **($106,240)** |