**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

April 27, 2021

VIA ECF

Honorable Frederic Block
United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: *Yang v. Trust for Advised Portfolios*, No. 1:21-cv-01047-FB-RLM

Dear Judge Block:

My firm has been retained to represent an investor who wishes to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint, no later than 60 days following the publication of the notice that was issued advising investors of the pendency of the action. *See* 15 U.S.C. §78u-4(a)(3)(A)-(B). Notice in the action was issued on February 26, 2021; accordingly, investors must file a lead plaintiff motion no later than April 27, 2021.

Rule 2.A. of Your Honor's Individual Practices, however, states that a "[a] pre-motion conference with the court must be requested before making any motions." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on April 27, 2021.

Respectfully submitted,

DAVID A. ROSENFELD

DAR:dlh

cc: All counsel of record via ECF

4842-9557-2710.v1
58 South Service Road   Suite 200   Melville, NY 11747   Tel 631-367-7100   Fax 631-367-1173   rgrdlaw.com