UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>      Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable Frederic Block at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of an order appointing Schiavi and Dattani as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP and Boies Schiller Flexner LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Schiavi and Dattani submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  April 27, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

---

[1] Counsel for Schiavi and Dattani is aware of this Court's requirement that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  *See* 15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on February 26, 2021, and all motions are statutorily due by April 27, 2021.  Accordingly, to comply with the PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.  In addition, because of the PSLRA's procedure whereby any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" may file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), counsel for Schiavi and Dattani will not know which other class members, if any, will seek appointment as lead plaintiff until after motions are filed on April 27, 2021.  Consequently, counsel for Schiavi and Dattani respectfully requests that the conferral requirement also be waived.

- 1 -

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
TRICIA L. MCCORMICK
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

BOIES SCHILLER FLEXNER LLP
JOHN T. ZACH
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212/446-2300
212/446-2350 (fax)
jzach@bsfllp.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 27, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: drosenfeld@rgrdlaw.com

4842-6614-7046.v1

# Mailing Information for a Case 1:21-cv-01047-FB-RLM Yang v. Trust for Advised Portfolios et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Antonia Marie Apps**
  aapps@milbank.com

- **Susan F. DiCicco**
  susan.dicicco@morganlewis.com

- **Matthew M Guiney**
  guiney@whafh.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Matthew Rees Ladd**
  matthew.ladd@morganlewis.com

- **Sean Miles Murphy**
  smurphy@milbank.com,bwalden@milbank.com,BReed@milbank.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`