UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

Having considered Schiavi + Company LLC DBA Schiavi + Dattani's ("Schiavi and Dattani") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 1:21-cv-01047-FB-RLM shall be the master file for the action. All securities class actions on behalf of purchasers of Infinity Q Diversified Alpha Fund securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2. Schiavi and Dattani is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Robbins Geller Rudman & Dowd LLP and Boies Schiller Flexner LLP are appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT COURT JUDGE