UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LIANG YANG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,

    Defendants.

---

Civil Action No. 1:21-cv-01047-FB-RLM

CLASS ACTION

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") and proposed lead counsel for the class in the above-captioned securities class action. I make this declaration in support of Schiavi and Dattani's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on February 26, 2021;

Exhibit B: Client assignments collected by Schiavi and Dattani transferring all claims, demands, and causes of action from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX);

Exhibit C: Schiavi and Dattani's Sworn Certification;

Exhibit D: Chart of Schiavi and Dattani's estimated financial interest, prepared by counsel; and

Exhibit E: Declaration of Ravi P. Dattani in Support.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2021, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 27, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
&  DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:21-cv-01047-FB-RLM Yang v. Trust for Advised Portfolios et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Antonia Marie Apps**
  aapps@milbank.com

- **Susan F. DiCicco**
  susan.dicicco@morganlewis.com

- **Matthew M Guiney**
  guiney@whafh.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Matthew Rees Ladd**
  matthew.ladd@morganlewis.com

- **Sean Miles Murphy**
  smurphy@milbank.com,bwalden@milbank.com,BReed@milbank.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`