# EXHIBIT B

DocuSign Envelope ID: 5D844080-559C-4FF6-BD31-E2A188D137DE

# ASSIGNMENT

___Ronald Abrams___, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

DocuSign by:

___Ronald Abrams___
3917B258B56E4F1...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_JARED C. ADKINS_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, _TRUSTEE, CALVIN ADKINS IRREV TRUST_ title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_TRUSTEE_
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 7322E25B-5B13-4F7A-9D50-84ED37F8D595

# ASSIGNMENT

_____Rohit Agarwal_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 20BA3470-CAAB-47A6-81D9-10EB3E2BA629

# ASSIGNMENT

_Barbara Aurand_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

DocuSigned by:

_____
6903ECADB3A7430...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

David Baldwin , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11th__ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 2AC6CA54-37DE-408F-BDDE-B98990846994

## ASSIGNMENT

_____Liza Bartle_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Liza Bartle
A559BF0F547F4B2...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 15C19411-F71C-44BB-832C-D50659AA33A6

## ASSIGNMENT

     Nancy Berg     , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

     This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

 

DocuSigned by:

_Nancy Berg_
A19212121F9C428...

[ASSIGNOR]

 

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 8386CFBB-79F3-4796-A32F-7F13B4E79261

# ASSIGNMENT

    Elaine Blodgett, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

    This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th ___ day of April 2021.

 

DocuSigned by:

*Elaine Blodgett*

5531A7C2AC94451...

_____

[ASSIGNOR]

 

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani

By: Ravi P. Dattani, President

# ASSIGNMENT

Elaine L. Blodgett, Trustee of The Elaine L. Blodgett Revocable Trust, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_Elaine L. Blodgett_ , Trustee

5531A7C2AC94451...

The Elaine L. Blodgett Revocable Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani

By: Ravi P. Dattani, President

DocuSign Envelope ID: 800FA3AF-43F1-40D7-9A9F-DB90D23A91B7

# ASSIGNMENT

<u>Ann-Marie Bond, Trustee of The William R. & Ann-Marie Bond Family Trust</u>, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____, Trustee
The William R. & Ann-Marie Bond Family Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 2293BFC4-930A-4EE0-AE54-9BB35F657A59

# ASSIGNMENT

_____william Boyd_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __14__ day of April 2021.

<br>

DocuSigned by:

_William Boyd_
03FFE93D851A4CF
[ASSIGNOR]

<br>

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

Maureen Buzdygon, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __10__ day of April 2021.

DocuSigned by:

Maureen Buzdygon

BOA8589F5382449

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: D2B8C56F-B640-4F14-BD06-131526428D2D

## ASSIGNMENT

_____Julie Campanelli____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _14_ day of April 2021.

Julie Campanelli
8C70AD87539044F...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 6BC10A76-BDB5-47AE-839A-871E65D55DE0

# ASSIGNMENT

Lee Carter, Trustee of The Lee Carter Revocable Trust, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *23* day of April 2021.

_____, Trustee
The Lee Carter Revocable Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this *23* day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: D7B1CE90-7678-4DD2-8053-C0393425A888

## ASSIGNMENT

Margaret Centrella , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.

DocuSigned by:

_____
DFB1006247EE428...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: A4C0CB55-6FB3-4633-97C1-F87DF166BEF6

## ASSIGNMENT

_____Mark Centrella_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th ___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 3EEFFECC-65E1-4F4C-9FB3-D3B7D23EE55B

## ASSIGNMENT

Michael Joseph Chovonec
_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of April 2021.

_____
Michael Joseph Chovonec
A629B2EB809943B...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

_____Jeannice Clark, Andrew Clark_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

    Patricia Cleary, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

    This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th ___ day of April 2021.

                        ┌─ DocuSigned by:

                        *Patricia Cleary*

                        └─ 42625A0856B8459

                        [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.



             Schiavi + Company LLC DBA Schiavi + Dattani
                By: Ravi P. Dattani, President

DocuSign Envelope ID: 67FDE9B5-C25B-4720-9F15-314F85EE81E2

## ASSIGNMENT

Richard Louis Connor
_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __13__ day of April 2021.

DocuSigned by:

_Richard Louis Connor_
38529FE242E1440
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____Carolyn Crane_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _14_ day of April 2021.

_____
DocuSigned by:
Carolyn Crane
FE67A209D411400
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B801F0CC-D60A-442D-B29B-F682DA1D858D

## ASSIGNMENT

_____Patrick Crane_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __13__ day of April 2021.

_____
Patrick Crane
4874E9D787A14FB...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_Ryan Cross_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

GEORGE DALLAS, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

Ravi Dattani C/F Sofia Dattani UTMA, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____
[ASSIGNOR]
RAVI DATTANI

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 02A10DC7-C8F1-4A79-ADA1-A0D7211364BC

# ASSIGNMENT

_____Joy Davies_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __12__ day of April 2021.

DocuSigned by:

_____
E593BA9AE9DE4E4

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

*Henry J. Decker*
*Ellie J. Decker* The undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX).  Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9 day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_Christie Delcollo_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

_Christie Delcollo_
2CE9DB88AF8D400...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: DFDBC459-80FE-4C69-B202-DB4F6DA3E67B

# ASSIGNMENT

_Gary Dempsey_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_[signature]_
9E48D0B0E3BD468

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_[signature]_

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_Jonathan Dobis_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of April 2021.

_____  4/9/21
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: F77B6688-1E01-4483-9F63-81949C282D84

## ASSIGNMENT

_____Stanley Divorski____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __13__ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: C0CA55DA-7F75-49F0-AD66-B321383FDBF5

## ASSIGNMENT

Mary Alice Dwyer, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

Mary Alice Dwyer
7085CDAE3055473
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: CE74A174-D996-42BD-8630-A9B951094AD3

## ASSIGNMENT

      Mark Emptage      , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

                      DocuSigned by:

                      *Mark Emptage*

                      2B1214BDBC004F8...

_____

                    [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 5D710DA4-0A8A-4A38-92F8-F93A4A2FCFBB

# ASSIGNMENT

__Phyllis Ferry__, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___10th___ day of April 2021.

_Phyllis Ferry_
—0A40CBBF338A404—
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B55EA367-BD66-4DF9-B43D-9EFED022DB52

## ASSIGNMENT

      Susan Flyer     , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___11___ day of April 2021.

_____

Susan Flyer

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 4CD3783A-33ED-47A5-8A5C-02BF8C8EF43A

## ASSIGNMENT

_____Annette Gass_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

_Annette Gass_
7E574A72C85548D...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_Emily Geuder_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9th_ day of April 2021.

DocuSigned by:<br>
_[signature]_<br>
279BB2CAE2DF46A...<br>
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_[signature]_<br>
Schiavi + Company LLC DBA Schiavi + Dattani<br>
By: Ravi P. Dattani, President

# ASSIGNMENT

Sara H. Geuder, Trustee of The Sara H. Geuder Revocable Trust, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____, Trustee
The Sara H. Geuder Revocable Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

<u>Richard A. Givens, II, Trustee of The Richard A. Givens, II Revocable Trust,</u> the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of April 2021.

_Richard A. Givens II_
46A249D3B0C64E2...                                    _____, Trustee
The Richard A. Givens, II Revocable Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

Itzi H. Guerra-Woerner, Trustee of The Itzi H. Guerra-Woerner Revocable Trust, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

DocuSigned by:

*Itzi Guerra-Woerner*
8DA6547BA8BD4DC...
_____, Trustee
The Itzi H. Guerra-Woerner Revocable Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this **23** day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

_____Howard Gunton_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.



────────────────────────────
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

────────────────────────────
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 767B9AB3-C179-4A57-AA04-67751C4ABFA8

## ASSIGNMENT

_____Karl Haas_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___18___ day of April 2021.

_____

DocuSigned by:

_karl Haas_

7128D2CF2F9B4FB...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: CFA83163-3CD8-41FE-94FE-128BD21AF5A4

# ASSIGNMENT

_____Keith Hausmann_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __11__ day of April 2021.

> DocuSigned by:
> *keith Hausmann*
> 3A0E27A74BB442B...

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B82BBC7F-F9C9-49EF-8C9D-C17F877D5223

## ASSIGNMENT

___John Hoglen___, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.



_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 1334C69E-9741-4723-94B5-1C7405E7D980

# ASSIGNMENT

Natalie Hubbard, Winifred Hubbard Trust , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

_Natalie Hubbard, Winifred Hubbard Trust_
0403E9F6FD3C488
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B2AB3995-D07B-4688-9BCC-F98D8E59CD24

## ASSIGNMENT

_____Brent Iorii_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

_____
AF002C7E6D674C8...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

JANINE lorii_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _15_ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

**ASSIGNMENT**

LAWRENCE IORI, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15TH day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

I, WILLIAM R. JUST , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April 2021.

_____

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: D0322B2D-46C1-4D65-AF50-5DD69100DEC7

# ASSIGNMENT

_____Frances Kelleher____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___17___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

*Wayne Keller* the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

**ASSIGNMENT**

FRANCES KENDE, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _15_ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_PAUL KENDE_ _TTEE, PAUL KENDE REV TRUST_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _15_ day of April 2021.

_Paul Kende_ , _TTEE_
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 6E6FB5B1-48E0-4B08-BEE6-3D7F4E712153

# ASSIGNMENT

      Susan Knowlton , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _10th_ day of April 2021.

 

                                    DocuSigned by:

                                    _Susan knowlton_

                                    E8C03EE5B4DB4B9

                                    [ASSIGNOR]

 

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



      Schiavi + Company LLC DBA Schiavi + Dattani
           By: Ravi P. Dattani, President

DocuSign Envelope ID: 157683A3-5BA4-4E6E-A7BD-44D1F98A56A4

## ASSIGNMENT

      Michael Langer, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

 

 

_____

[ASSIGNOR]

 

 

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

 

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: E6225ED5-1C23-415F-86CF-8DB0B8C56894

## ASSIGNMENT

_____Lori LaPenta_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of April 2021.

DocuSigned by:

_Lori LaPenta_

39FE5821B88C440...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

JoAnn Galluccio Leffers

_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⁹ day of April 2021.


_____
[ASSIGNOR]


I declare under penalty of perjury that the foregoing is true and correct. Executed this ⁷ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

    Mark Lewittes   , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

    This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9 th__ day of April 2021.

_____
Mark Lewittes
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 89A0DCAB-5E52-4F01-8DF5-719FBBA7CCB6

## ASSIGNMENT

___Ann Lynch___, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

DocuSigned by:

*Ann Lynch*

9B7D99438 1AD403

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

      Mark Lynch    , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9th_ day of April 2021.

                              DocuSigned by:

                              _Mark Lynch_

                              E4E9B3F7764AAE5

                         [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

            Schiavi + Company LLC DBA Schiavi + Dattani
                By: Ravi P. Dattani, President

DocuSign Envelope ID: 6F5E3B67-9873-4B85-A7AC-DD36192B5749

## ASSIGNMENT

      Michele Lynch , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

              ┌─DocuSigned by:

              *Michele Lynch*

              └─B016E87A80C845E...

_____

                [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __7__ day of April 2021.



_____

    Schiavi + Company LLC DBA Schiavi + Dattani
      By: Ravi P. Dattani, President

## ASSIGNMENT

_____Marcia Margolin_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

_____

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

R. H. Margolin, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 0E49512B-094F-43CE-AE67-705F650C3AB1

## ASSIGNMENT

Robert Markiewicz, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

_____
Robert Markiewicz
AB13459DE65741C...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_Barry McCarthy_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

DocuSigned by:

_Barry McCarthy_
E78145EAC9EB4FD
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: CEE0DDA9-D37B-475B-B4DE-28990D4AB141

## ASSIGNMENT

_____Christine McDonough_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

_____
Christine McDonough
1D8915E1CA98495
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

      Joseph McDonough, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.

                              DocuSigned by:

                              Joseph McDonough
                              F8A6CC52C130441
                              [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

                    Schiavi + Company LLC DBA Schiavi + Dattani
                    By: Ravi P. Dattani, President

DocuSign Envelope ID: C3C8D587-411D-4F21-9135-6A7742694119

## ASSIGNMENT

Joseph and Barbara Minuiti
_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __09__ day of April 2021.

DocuSigned by:

_Joseph and Barbara Minuiti_
758C83C344284E9
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

_____Cecile Mock_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 9C99D813-5992-48AB-A25C-DE7AF7B62E49

## ASSIGNMENT

_Daniel Monagle_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___12th___ day of April 2021.

> DocuSigned by:
> _Daniel Monagle_
> 9A3B93519D7C450...
> [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

> Schiavi + Company LLC DBA Schiavi + Dattani
> By: Ravi P. Dattani, President

DocuSign Envelope ID: 50655204-0211-4C14-AB0C-F3E97A5A9E29

# ASSIGNMENT

_____Mary Morrison_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _12_ day of April 2021.

DocuSigned by:

_Mary Morrison_
11E1F1B363B4494...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 453620C8-F4CA-42AC-AE80-DAD33E3C4A73

## ASSIGNMENT

_____Scott Morrison_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __13__ day of April 2021.

DocuSigned by:

_Scott Morrison_
—4A6E2477D7A2407—
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 22B93C61-CECF-48E6-9FF3-BA582312891C

## ASSIGNMENT

_____Joanne Nacucchio, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9___ day of April 2021.

                                                    DocuSigned by:

_____
                                                    81DC4B0936EB44E...
                                                    [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: BB742F72-04DE-42D0-A3BF-42DB9CA0C500

## ASSIGNMENT

<u>Vasantha Nagarajan</u>, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

*Vasantha Nagarajan*
48E74D5B2D8F4F7...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: CA4EBF04-E05D-48B7-BA58-D2D113376BD1

## ASSIGNMENT

_____Gregory Newman_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

DocuSigned by:

_Gregory Newman_
2527S2B817784AA
_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

*Margaret S. Newton*, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

*Joanne Ohnmacht* the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *10* day of April 2021.

*Joanne Ohnmacht*
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this *9* day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____Thomas O'Malley_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___12___ day of April 2021.

> DocuSigned by:
> _Thomas O'Malley_
> 2B84EC394B6248B...
> _____
> [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 8D5B98D5-8CC2-48B1-AC7F-0759DE0DA38E

## ASSIGNMENT

_____Robin Passa_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

_Robin Passa_
_____
1D221463040B42B
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 67D3F4DC-7503-4A27-B87B-65D280075D3D

## ASSIGNMENT

    David Philipp, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

    This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

DocuSigned by:

_David Philipp_
7347C7ABA1A748B
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: CFCA17C3-9D94-482D-AE29-8E5B3384FEA5

## ASSIGNMENT

_____Tracey Philipp_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___13___ day of April 2021.

_____

Tracey Philipp
7AB19EE6DA1A4BA...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

*Deanna J. Prillaman* *Trustee Rev. Trust of J.D. and DJ Prillaman* the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *23* day of April 2021.

*Deanna J. Prillaman, Trustee*
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this *9* day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 5E880149-FCE3-4A0B-9031-B76FDE39D5B0

## ASSIGNMENT

__Mimi Rayl__, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9th__ day of April 2021.

DocuSigned by:

*Mimi Rayl*

105E831A30724A0

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: D90D8EA9-2F83-48D0-9F1B-6E7D805A0024

## ASSIGNMENT

_____Teresa Reilly_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th ___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

    Saul Reine    , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

*Saul Reine*

A7864EEF1B374B7

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 4503CF42-247F-47DF-AFFB-FAA5B7240F50

# ASSIGNMENT

_____Edward Roddy_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

*Edward Roddy*
01F3A94F91E04EA
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: D213FC18-99EE-4625-8977-C2E539C42B0E

# ASSIGNMENT

_____Jo Anne Rosenfeld_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

William Rosenfeld, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 10th day of April 2021.

*William Rosenfeld*
AE1C6A5BC0AA439...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 6807F293-082F-4BB5-87DF-23BE35202EAC

## ASSIGNMENT

Angelo Rossi
_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th ___ day of April 2021.

DocuSigned by:

*Angelo Rossi*

—5C183C15A0A44ED—

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 5441D4D0-8093-496F-A6BC-1C86059533F4

## ASSIGNMENT

_____Joan Rupar_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of April 2021.

DocuSigned by:

Joan Rupar
13DDE83958C34BF

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

<u>Cynthia S. Stillwell, Trustee of The Thomas B. Storer Residuary Trust</u>, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _23_ day of April 2021.

DocuSigned by:

_____, Trustee
4AD1B6ED63EA4BD...
The Thomas B. Storer Residuary Trust

I declare under penalty of perjury that the foregoing is true and correct. Executed this _27_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 4F6C32AF-12FE-4F48-8118-E0F70795882B

# ASSIGNMENT

_____James Samis_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

DocuSigned by:

_James Samis_
298B8353E1DC4E9
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____Anthony Schiavi_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___18___ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 1620EE26-9952-4613-A88B-F6EF6B7345D9

# ASSIGNMENT

_____Harry Schiavi_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 1B360C69-E914-4515-AA9A-CA4CB0BF6909

## ASSIGNMENT

Michael F. Schiavi, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

DocuSigned by:

*Michael F. Schiavi*

FE41D801951C49F...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

Ravi Dattani Trustee, Schiavi + Dattani 401k Fbo Ravi Dattani, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of April 2021.

_____, Trustee.
[ASSIGNOR]
RAV. DATTANI, Trustee

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 929636AF-02D0-49F7-9AEE-D7A55C6672EF

## ASSIGNMENT

      Ruder Schill, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2021.

_____
                Ruder Schill
                F35DA642078048A
              [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

      Daniel and Sheila Shotzberger, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

      This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

 

DocuSigned by:

*Daniel and Sheila Shotzberger*
DEDE932B1E7D46B...
[ASSIGNOR]

 

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____David Simpson_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9th___ day of April 2021.

DocuSigned by:

_David Simpson_
CDEC8810282424
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

Robert Smith, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 2164102C-30AC-49C8-AC74-05F01959A2AF

## ASSIGNMENT

_____Nancy Staisey_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___13___ day of April 2021.

_____

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

*C. John Strobel*, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19_ day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: F9FE6907-7229-48EE-A22F-0DAF51209666

# ASSIGNMENT

Anastasia Tiongson, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___10___ day of April 2021.

_____
Anastasia Tiongson
172582B2DD8F454
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____Edward Turulkski, III_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

DocuSigned by:

_____
810AA54E1F9647B...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B8BF7AFE-DA7C-4A57-B89B-0730E198FC08

## ASSIGNMENT

Donna Uro _____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 12 day of April 2021.

DocuSigned by:

*Donna Uro*
2806293D4978451

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 5E750E82-E7C1-4D6A-B8A9-5A41F0E2C15E

## ASSIGNMENT

_____Anne Vinson_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 10th day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: EACD06B1-6654-44A3-9B45-DA72041ABDC5

## ASSIGNMENT

David Wagner, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of April 2021.

DocuSigned by:

*David Wagner*

A05B2B3560E348E...

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.



Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: 3F0E903E-7953-4F4A-ACAA-5F03E6FCE6DD

## ASSIGNMENT

_Helen Wagner_ , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 11th day of April 2021.

_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

    Robert Wilcox , the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

    This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ 12th day of April 2021.

                                        DocuSigned by:

                                        410E6EEBDBCD445...

                                      [ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

                        Schiavi + Company LLC DBA Schiavi + Dattani
                        By: Ravi P. Dattani, President

DocuSign Envelope ID: 10446E96-420B-47D4-A477-59844B2B5271

## ASSIGNMENT

<u>Venita Wood</u>, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___10___ day of April 2021.



_____
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

# ASSIGNMENT

_Edward Ziegler_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April 2021.

<br>

DocuSigned by:

_Edward Ziegler_

E98BC1C5097F470...

[ASSIGNOR]

<br>

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

## ASSIGNMENT

_____William Ziegler_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __10th__ day of April 2021.

DocuSigned by:

William Ziegler
82A459A3C614407
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this __9__ day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: B7E3074D-F44F-4B96-B3C6-D28A4A16C009

## ASSIGNMENT

_____Maureen Zingo_____, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of April 2021.

DocuSigned by:

7SD36CC4BF46457

[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April 2021.

Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President

DocuSign Envelope ID: BA36CD2A-68BF-4179-B2B8-95CABD5A9981

## ASSIGNMENT

_Nicholas Zingo_, the undersigned assignor ("Assignor"), hereby assigns, transfers, and sets over to Schiavi + Company LLC DBA Schiavi + Dattani ("Schiavi and Dattani") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Infinity Q Diversified Alpha Fund Investor Class shares (IQDAX) and/or Infinity Q Diversified Alpha Fund Institutional Class shares (IQDNX). Further, the Assignor hereby appoints Schiavi and Dattani as the true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Schiavi and Dattani agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Schiavi and Dattani.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___9___ day of April 2021.

_____
A8EB303421E245A...
[ASSIGNOR]

I declare under penalty of perjury that the foregoing is true and correct. Executed this _9_ day of April 2021.

_____
Schiavi + Company LLC DBA Schiavi + Dattani
By: Ravi P. Dattani, President