# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Schiavi + Company LLC dba Schiavi + Dattani ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. The following transaction(s) were made during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2021.

Schiavi + Company LLC dba Schiavi + Dattani

By: _____
Ravi P. Dattani, President

INFINITY Q

# SCHEDULE A

## SECURITIES TRANSACTIONS

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| **Abrams, Ronald** | | |
| 09/28/2020 | 9,938 | $13.08 |
| 1/15/2021[A] | 23 | $12.68 |
| **Agarwal, Rohit** | | |
| 09/09/2020 | 528 | $13.02 |
| 1/15/2021[A] | 1 | $12.68 |
| **Aurand, Barbara - Acct 1** | | |
| 09/09/2020 | 1,687 | $13.02 |
| 1/15/2021[A] | 4 | $12.68 |
| **Aurand, Barbara - Acct 2** | | |
| 09/09/2020 | 1,989 | $13.02 |
| 1/15/2021[A] | 5 | $12.68 |
| **Baldwin, David** | | |
| 08/27/2020 | 12,172 | $12.92 |
| 1/15/2021[A] | 47 | $12.68 |
| **Bartle, Liza** | | |
| 11/18/2020 | 4,342 | $12.78 |
| 1/15/2021[A] | 10 | $12.68 |
| **Berg, Nancy** | | |
| 08/27/2020 | 6,165 | $12.92 |
| 1/15/2021[A] | 24 | $12.68 |
| **The Elaine L. Blodgett Revocable Trust** | | |
| 09/10/2020 | 9,456 | $13.02 |
| 1/15/2021[A] | 22 | $12.68 |

### Elaine Blodgett

| Date | Shares | Price |
|---|---:|---:|
| 09/10/2020 | 4,598 | $13.02 |
| 11/06/2020 | 600 | $12.94 |
| 1/15/2021[A] | 11 | $12.68 |
| 1/15/2021[A] | 1 | $12.68 |

### The William R. & Ann-Marie Bond Family Trust

| Date | Shares | Price |
|---|---:|---:|
| 09/10/2020 | 7,947 | $13.02 |
| 1/15/2021[A] | 18 | $12.68 |

### Boyd, William

| Date | Shares | Price |
|---|---:|---:|
| 09/14/2020 | 4,411 | $13.00 |
| 1/15/2021[A] | 10 | $12.68 |

### Buzdygon, Maureen

| Date | Shares | Price |
|---|---:|---:|
| 09/30/2020 | 4,686 | $13.12 |
| 1/15/2021[A] | 11 | $12.68 |

### Calvin Adkins Irrevocable Trust

| Date | Shares | Price |
|---|---:|---:|
| 08/25/2020 | 18,595 | $12.96 |
| 1/15/2021[A] | 86 | $12.68 |

### Campanelli, Julie

| Date | Shares | Price |
|---|---:|---:|
| 09/09/2020 | 3,448 | $13.02 |
| 1/15/2021[A] | 8 | $12.68 |

### The Lee Carter Revocable Trust

| Date | Shares | Price |
|---|---:|---:|
| 08/25/2020 | 25,462 | $12.96 |
| 1/15/2021[A] | 118 | $12.68 |

### Centrella, Margaret

| Date | Shares | Price |
|---|---:|---:|
| 09/14/2020 | 3,519 | $13.00 |
| 1/15/2021[A] | 8 | $12.68 |

### Centrella, Mark

| Date | Shares | Price |
|---|---:|---:|
| 09/24/2020 | 2,812 | $13.14 |
| 12/17/2020 | 574 | $12.67 |
| 1/15/2021[A] | 6 | $12.68 |

**Chovonec, Michael Joseph**

| | | |
|---|---:|---:|
| 09/29/2020 | 3,476 | $13.10 |
| 1/15/2021[A] | 8 | $12.68 |

**Clark, Jeannice**

| | | |
|---|---:|---:|
| 08/27/2020 | 1,134 | $12.92 |
| 11/11/2020 | 2,100 | $12.84 |
| 1/15/2021[A] | 4 | $12.68 |
| 1/15/2021[A] | 8 | $12.68 |

**Cleary, Patricia**

| | | |
|---|---:|---:|
| 11/06/2020 | 1,127 | $12.94 |
| 1/15/2021[A] | 3 | $12.68 |

**Connor, Richard Louis**

| | | |
|---|---:|---:|
| 09/29/2020 | 768 | $13.10 |
| 1/15/2021[A] | 2 | $12.68 |

**Crane, Carolyn**

| | | |
|---|---:|---:|
| 09/29/2020 | 2,433 | $13.10 |
| 1/15/2021[A] | 6 | $12.68 |

**Crane, Patrick - Acct 1**

| | | |
|---|---:|---:|
| 09/29/2020 | 413 | $13.10 |
| 1/15/2021[A] | 1 | $12.68 |

**Crane, Patrick - Acct 2**

| | | |
|---|---:|---:|
| 09/29/2020 | 2,600 | $13.10 |
| 11/10/2020 | 1,324 | $12.83 |
| 1/15/2021[A] | 6 | $12.68 |
| 1/15/2021[A] | 5 | $12.68 |

**Cross, Ryan**

| | | |
|---|---:|---:|
| 10/23/2020 | 1,381 | $13.02 |
| 12/15/2020 | 787 | $12.68 |

### Dallas, George

| | | |
|---|---|---|
| 09/24/2020 | 4,149 | $13.14 |
| 1/15/2021[A] | 9 | $12.68 |

### Sofia Dattani UTMA

| | | |
|---|---|---|
| 12/08/2020 | 1,253 | $12.72 |

### Davies, Joy

| | | |
|---|---|---|
| 08/27/2020 | 9,213 | $12.92 |
| 1/15/2021[A] | 36 | $12.68 |

### Decker, Henry J.

| | | |
|---|---|---|
| 09/14/2020 | 1,735 | $13.00 |
| 1/15/2021[A] | 4 | $12.68 |

### Delcollo, Christie L.

| | | |
|---|---|---|
| 09/30/2020 | 2,952 | $13.12 |
| 1/15/2021[A] | 7 | $12.68 |

### Dempsey, Gary

| | | |
|---|---|---|
| 09/24/2020 | 3,574 | $13.14 |
| 11/06/2020 | 699 | $12.94 |
| 1/15/2021[A] | 8 | $12.68 |
| 1/15/2021[A] | 2 | $12.68 |

### Dobis, Jonathan

| | | |
|---|---|---|
| 06/11/2020 | 5,689 | $13.18 |
| 1/15/2021[A] | 52 | $12.68 |

### Dwyer, Mary Alice

| | | |
|---|---|---|
| 09/09/2020 | 11,225 | $13.02 |
| 1/15/2021[A] | 26 | $12.68 |

### Emptage, Mark - Acct 1

| | | |
|---|---|---|
| 09/04/2020 | 1,156 | $13.08 |
| 1/15/2021[A] | 3 | $12.68 |

**Emptage, Mark - Acct 2**

| | | |
|---|---:|---:|
| 09/04/2020 | 4,039 | $13.08 |
| 1/15/2021[A] | 9 | $12.68 |

**Ferry, Phyllis**

| | | |
|---|---:|---:|
| 09/04/2020 | 3,877 | $13.08 |
| 1/15/2021[A] | 9 | $12.68 |

**Flyer, Susan - Acct 1**

| | | |
|---|---:|---:|
| 11/10/2020 | 9,742 | $12.83 |
| 1/15/2021[A] | 38 | $12.68 |

**Flyer, Susan - Acct 2**

| | | |
|---|---:|---:|
| 12/17/2020 | 586 | $12.67 |

**Gass, Annette - Acct 1**

| | | |
|---|---:|---:|
| 09/10/2020 | 1,676 | $13.02 |
| 1/15/2021[A] | 4 | $12.68 |

**Gass, Annette - Acct 2**

| | | |
|---|---:|---:|
| 09/10/2020 | 1,690 | $13.02 |
| 1/15/2021[A] | 4 | $12.68 |

**Geuder, Emily**

| | | |
|---|---:|---:|
| 11/10/2020 | 5,845 | $12.83 |
| 1/15/2021[A] | 23 | $12.68 |

**The Sara H. Geuder Revocable Trust**

| | | |
|---|---:|---:|
| 09/16/2020 | 13,450 | $13.01 |
| 1/15/2021[A] | 31 | $12.68 |

**The Richard A. Givens, II Revocable Trust**

| | | |
|---|---:|---:|
| 09/04/2020 | 13,165 | $13.08 |
| 1/15/2021[A] | 30 | $12.68 |

**The Itzi H. Guerra-Woerner Revocable Trust**

| | | |
|---|---:|---:|
| 09/10/2020 | 10,008 | $13.02 |
| 1/15/2021[A] | 23 | $12.68 |

**Gunton, Howard**

| | | |
|---|---:|---:|
| 09/04/2020 | 21,300 | $13.08 |
| 12/17/2020 | 1,596 | $12.67 |
| 1/15/2021[A] | 49 | $12.68 |

**Haas, Karl - Acct 1**

| | | |
|---|---:|---:|
| 09/18/2020 | 11,980 | $13.02 |
| 1/15/2021[A] | 28 | $12.68 |

**Haas, Karl - Acct 2**

| | | |
|---|---:|---:|
| 09/18/2020 | 15,858 | $13.02 |
| 12/11/2020 | 2,126 | $12.69 |
| 12/22/2020 | 3,562 | $12.63 |
| 1/15/2021[A] | 37 | $12.68 |

**Hausmann, Keith - Acct 1**

| | | |
|---|---:|---:|
| 11/06/2020 | 844 | $12.94 |
| 1/15/2021[A] | 2 | $12.68 |

**Hausmann, Keith - Acct 2**

| | | |
|---|---:|---:|
| 11/06/2020 | 2,749 | $12.94 |
| 1/15/2021[A] | 6 | $12.68 |

**Hausmann, Keith - Acct 3**

| | | |
|---|---:|---:|
| 09/10/2020 | 1,047 | $13.02 |
| 1/15/2021[A] | 2 | $12.68 |

**Hoglen, John**

| | | |
|---|---:|---:|
| 09/04/2020 | 10,820 | $13.08 |
| 11/06/2020 | 1,274 | $12.94 |
| 12/17/2020 | 886 | $12.67 |
| 1/15/2021[A] | 25 | $12.68 |
| 1/15/2021[A] | 3 | $12.68 |

**Hubbard, Natalie - Acct 1**

| | | |
|---|---:|---:|
| 11/06/2020 | 1,397 | $12.94 |
| 1/15/2021[A] | 3 | $12.68 |

**Hubbard, Natalie - Acct 2**

| | | |
|---|---:|---:|
| 09/10/2020 | 1,630 | $13.02 |
| 1/15/2021[A] | 4 | $12.68 |

**Iorii, Brent**

| | | |
|---|---:|---:|
| 06/10/2020 | 1,765 | $13.02 |
| 1/15/2021[A] | 15 | $12.68 |

**Iorii, Janine**

| | | |
|---|---:|---:|
| 12/02/2020 | 7,805 | $12.81 |

**Iorii, Lawrence**

| | | |
|---|---:|---:|
| 12/02/2020 | 4,292 | $12.81 |

**Just, William R.**

| | | |
|---|---:|---:|
| 08/19/2020 | 3,322 | $12.94 |
| 1/15/2021[A] | 13 | $12.68 |

**Kelleher, Frances**

| | | |
|---|---:|---:|
| 09/10/2020 | 10,328 | $13.02 |
| 1/15/2021[A] | 24 | $12.68 |

**Keller, Wayne**

| | | |
|---|---:|---:|
| 09/10/2020 | 3,685 | $13.02 |
| 1/15/2021[A] | 9 | $12.68 |

**Kende, Frances**

| | | |
|---|---:|---:|
| 09/11/2020 | 8,033 | $13.03 |
| 1/15/2021[A] | 19 | $12.68 |

**Paul Kende Rev Trust**

| | | |
|---|---:|---:|
| 09/11/2020 | 4,747 | $13.03 |
| 1/15/2021[A] | 11 | $12.68 |

**Knowlton, Susan**

| | | |
|---|---:|---:|
| 11/17/2020 | 2,371 | $12.81 |
| 1/15/2021[A] | 6 | $12.68 |

**Langer, Michael**

| | | |
|---|---:|---:|
| 09/08/2020 | 3,602 | $13.04 |
| 1/15/2021[A] | 8 | $12.68 |

**LaPenta, Lori**

| | | |
|---|---:|---:|
| 09/30/2020 | 2,196 | $13.12 |
| 1/15/2021[A] | 5 | $12.68 |

**Leffers, Jo Ann Galluccio.**

| | | |
|---|---:|---:|
| 10/01/2020 | 11,293 | $13.06 |
| 1/15/2021[A] | 26 | $12.68 |

**Lewittes, Mark - Acct 1**

| | | |
|---|---:|---:|
| 09/14/2020 | 13,131 | $13.00 |
| 1/15/2021[A] | 30 | $12.68 |

**Lewittes, Mark - Acct 2**

| | | |
|---|---:|---:|
| 09/14/2020 | 1,656 | $13.00 |
| 1/15/2021[A] | 4 | $12.68 |

**Lynch, Ann**

| | | |
|---|---:|---:|
| 09/04/2020 | 1,268 | $13.08 |
| 1/15/2021[A] | 3 | $12.68 |

**Lynch, Mark**

| | | |
|---|---:|---:|
| 09/04/2020 | 1,897 | $13.08 |
| 1/15/2021[A] | 4 | $12.68 |

**Lynch, Michele**

| | | |
|---|---:|---:|
| 10/23/2020 | 14,592 | $13.02 |
| 1/15/2021[A] | 34 | $12.68 |

**Margolin, Marcia - Acct 1**

| | | |
|---|---:|---:|
| 09/04/2020 | 4,463 | $13.08 |
| 1/15/2021[A] | 10 | $12.68 |

**Margolin, Marcia - Acct 2**

| | | |
|---|---:|---:|
| 09/04/2020 | 1,721 | $13.08 |
| 1/15/2021[A] | 4 | $12.68 |

**Margolin, Richard H.**

| | | |
|---|---:|---:|
| 09/04/2020 | 3,304 | $13.08 |
| 1/15/2021[A] | 8 | $12.68 |

**Markiewicz, Robert**

| | | |
|---|---:|---:|
| 09/11/2020 | 3,505 | $13.03 |
| 1/15/2021[A] | 8 | $12.68 |

**McCarthy, Barry**

| | | |
|---|---:|---:|
| 09/11/2020 | 5,892 | $13.03 |
| 1/15/2021[A] | 14 | $12.68 |

**McDonough, Christine**

| | | |
|---|---:|---:|
| 09/11/2020 | 4,322 | $13.03 |
| 1/15/2021[A] | 10 | $12.68 |

**McDonough, Joseph**

| | | |
|---|---:|---:|
| 09/11/2020 | 687 | $13.03 |
| 1/15/2021[A] | 2 | $12.68 |

**Minuti, Barbara**

| | | |
|---|---:|---:|
| 09/29/2020 | 2,442 | $13.10 |
| 1/15/2021[A] | 6 | $12.68 |

**Minuti, Joseph**

| | | |
|---|---:|---:|
| 12/01/2020 | 3,107 | $12.87 |

**Minuti, Joseph & Barbara**

| | | |
|---|---:|---:|
| 09/29/2020 | 4,426 | $13.10 |
| 1/15/2021[A] | 10 | $12.68 |

**Mock, Cecile**

| | | |
|---|---:|---:|
| 09/11/2020 | 3,842 | $13.03 |
| 1/15/2021[A] | 9 | $12.68 |

**Monagle, Daniel**

| | | |
|---|---:|---:|
| 10/13/2020 | 462 | $12.96 |
| 1/15/2021[A] | 1 | $12.68 |

**Morrison, Mary - Acct 1**

| | | |
|---|---:|---:|
| 09/11/2020 | 1,041 | $13.03 |
| 1/15/2021[A] | 2 | $12.68 |

**Morrison, Mary - Acct 2**

| | | |
|---|---:|---:|
| 09/11/2020 | 1,456 | $13.03 |
| 1/15/2021[A] | 3 | $12.68 |

**Morrison, Scott - Acct 1**

| | | |
|---|---:|---:|
| 12/16/2020 | 2,125 | $12.70 |

**Morrison, Scott - Acct 2**

| | | |
|---|---:|---:|
| 11/17/2020 | 1,755 | $12.81 |
| 1/15/2021[A] | 4 | $12.68 |

**Nacucchio, Joanne - Acct 1**

| | | |
|---|---:|---:|
| 09/14/2020 | 2,972 | $13.00 |
| 1/15/2021[A] | 7 | $12.68 |

**Nacucchio, Joanne - Acct 2**

| | | |
|---|---:|---:|
| 09/14/2020 | 1,052 | $13.00 |
| 1/15/2021[A] | 2 | $12.68 |

**Nagarajan, Vasantha - Acct 1**

| | | |
|---|---:|---:|
| 09/04/2020 | 5,178 | $13.08 |
| 1/15/2021[A] | 12 | $12.68 |

**Nagarajan, Vasantha - Acct 2**

| | | |
|---|---:|---:|
| 09/04/2020 | 1,190 | $13.08 |
| 1/15/2021[A] | 3 | $12.68 |

**Newman, Gregory**

| | | |
|---|---:|---:|
| 07/24/2020 | 1,863 | $13.00 |
| 1/15/2021[A] | 17 | $12.68 |

**Newton, Margaret**

| | | |
|---|---:|---:|
| 09/11/2020 | 3,604 | $13.03 |
| 1/15/2021[A] | 8 | $12.68 |

**Ohnmacht, Joanne**

| | | |
|---|---:|---:|
| 09/11/2020 | 2,305 | $13.03 |
| 1/15/2021[A] | 5 | $12.68 |

**O'Malley, Thomas**

| | | |
|---|---:|---:|
| 09/04/2020 | 5,358 | $13.08 |
| 1/15/2021[A] | 12 | $12.68 |

**Passa, Robin**

| | | |
|---|---:|---:|
| 07/27/2020 | 31,517 | $12.98 |
| 1/15/2021[A] | 319 | $12.68 |

**Philipp, David**

| | | |
|---|---:|---:|
| 10/02/2020 | 3,977 | $13.07 |
| 1/15/2021[A] | 9 | $12.68 |

**Philipp, Tracey**

| | | |
|---|---:|---:|
| 09/30/2020 | 2,270 | $13.12 |
| 1/15/2021[A] | 5 | $12.68 |

**Rev. Trust of J.D. and DJ Prillaman.**

| | | |
|---|---:|---:|
| 09/04/2020 | 4,148 | $13.08 |
| 1/15/2021[A] | 10 | $12.68 |

**Rayl, Mimi**

| | | |
|---|---:|---:|
| 11/03/2020 | 2,085 | $13.12 |
| 11/06/2020 | 3,444 | $13.12 |
| 1/15/2021[A] | 3 | $12.68 |
| 1/15/2021[A] | 2 | $12.68 |
| 1/15/2021[A] | 3 | $12.68 |

**Reilly, Teresa**

| | | |
|---|---:|---:|
| 09/11/2020 | 529 | $13.03 |
| 1/15/2021[A] | 1 | $12.68 |

**Reine, Saul**

| | | |
|---|---:|---:|
| 09/08/2020 | 2,733 | $13.04 |
| 1/15/2021[A] | 6 | $12.68 |

**Roddy, Edward**

| | | |
|---|---:|---:|
| 09/11/2020 | 7,686 | $13.03 |
| 12/17/2020 | 1,183 | $12.67 |
| 1/15/2021[A] | 18 | $12.68 |

**Rosenfeld, Jo Anne**

| | | |
|---|---:|---:|
| 09/08/2020 | 1,914 | $13.04 |
| 1/15/2021[A] | 4 | $12.68 |

**Rosenfeld, William - Acct 1**

| | | |
|---|---:|---:|
| 09/08/2020 | 1,946 | $13.04 |
| 1/15/2021[A] | 4 | $12.68 |

**Rosenfeld, William - Acct 2**

| | | |
|---|---:|---:|
| 09/08/2020 | 1,681 | $13.04 |
| 1/15/2021[A] | 4 | $12.68 |

**Rossi, Angelo**

| | | |
|---|---:|---:|
| 09/04/2020 | 1,056 | $13.08 |
| 1/15/2021[A] | 2 | $12.68 |

**Rupar, Joan**

| | | |
|---|---:|---:|
| 11/09/2020 | 3,205 | $12.88 |
| 1/15/2021[A] | 12 | $12.68 |

**Samis, James - Acct 1**

| | | |
|---|---:|---:|
| 09/11/2020 | 2,196 | $13.03 |
| 1/15/2021[A] | 5 | $12.68 |

**Samis, James - Acct 2**

| | | |
|---|---:|---:|
| 09/11/2020 | 524 | $13.03 |
| 1/15/2021[A] | 1 | $12.68 |

**Schiavi, Anthony - Acct 1**

| | | |
|---|---:|---:|
| 09/08/2020 | 3,531 | $13.04 |
| 1/15/2021[A] | 8 | $12.68 |

**Schiavi, Anthony - Acct 2**

| | | |
|---|---:|---:|
| 09/08/2020 | 1,833 | $13.04 |
| 1/15/2021[A] | 4 | $12.68 |

**Schiavi, Harry G. & Lorraine - Acct 1**

| | | |
|---|---:|---:|
| 09/08/2020 | 11,874 | $13.04 |
| 1/15/2021[A] | 27 | $12.68 |

**Schiavi, Harry G. & Lorraine - Acct 2**

| | | |
|---|---:|---:|
| 09/08/2020 | 6,663 | $13.04 |
| 1/15/2021[A] | 15 | $12.68 |

**Schiavi, Harry**

| | | |
|---|---:|---:|
| 09/08/2020 | 4,722 | $13.04 |
| 1/15/2021[A] | 11 | $12.68 |

**Schiavi, Michael F. - Acct 1**

| | | |
|---|---:|---:|
| 09/08/2020 | 4,926 | $13.04 |
| 1/15/2021[A] | 11 | $12.68 |

**Schiavi, Michael F. - Acct 2**

| | | |
|---|---:|---:|
| 12/16/2020 | 786 | $12.70 |

**Schiavi + Dattani 401k FBO Ravi Dattani**

| | | |
|---|---:|---:|
| 09/08/2020 | 3,085 | $12.96 |

**Schill, Ruder**

| | | |
|---|---:|---:|
| 08/25/2020 | 13,155 | $12.96 |
| 1/15/2021[A] | 61 | $12.68 |

**Shotzberger, Daniel**

| | | |
|---|---:|---:|
| 09/14/2020 | 787 | $13.00 |
| 1/15/2021[A] | 2 | $12.68 |

**Simpson, David**

| | | |
|---|---:|---:|
| 09/08/2020 | 14,228 | $13.04 |
| 11/10/2020 | 1,558 | $12.83 |
| 1/15/2021[A] | 33 | $12.68 |
| 1/15/2021[A] | 6 | $12.68 |

**Smith, Robert**

| | | |
|---|---:|---:|
| 09/08/2020 | 4,393 | $13.04 |
| 1/15/2021[A] | 10 | $12.68 |

**The Thomas B. Storer Residuary Trust**

| | | |
|---|---:|---:|
| 09/08/2020 | 14,017 | $13.04 |
| 11/06/2020 | 1,429 | $12.94 |
| 1/15/2021[A] | 32 | $12.68 |
| 1/15/2021[A] | 3 | $12.68 |

**Strobel, C. John**

| | | |
|---|---:|---:|
| 09/11/2020 | 2,834 | $13.03 |
| 1/15/2021[A] | 7 | $12.68 |

**Tiongson, Anastasia**

| | | |
|---|---:|---:|
| 09/30/2020 | 5,014 | $13.12 |
| 1/15/2021[A] | 11 | $12.68 |

**Turulski, Edward III - Acct 1**

| | | |
|---|---:|---:|
| 09/29/2020 | 1,614 | $13.10 |
| 1/15/2021[A] | 4 | $12.68 |

**Turulski, Edward III - Acct 2**

| | | |
|---|---:|---:|
| 09/29/2020 | 1,431 | $13.10 |
| 1/15/2021[A] | 3 | $12.68 |

**Uro, Donna**

| | | |
|---|---:|---:|
| 09/11/2020 | 4,335 | $13.03 |
| 1/15/2021[A] | 10 | $12.68 |

**Vinson, Anne**

| | | |
|---|---:|---:|
| 09/08/2020 | 3,532 | $13.04 |
| 11/06/2020 | 1,041 | $12.94 |
| 1/15/2021[A] | 8 | $12.68 |
| 1/15/2021[A] | 2 | $12.68 |

**Wagner, David**

| | | |
|---|---:|---:|
| 09/08/2020 | 6,678 | $13.04 |

**Wagner, Helen**

| | | |
|---|---:|---:|
| 09/08/2020 | 2,163 | $13.04 |
| 1/15/2021[A] | 5 | $12.68 |

**Wilcox, Robert**

| | | |
|---|---:|---:|
| 09/24/2020 | 6,280 | $13.14 |
| 1/15/2021[A] | 14 | $12.68 |

**Wood, Venita**

| | | |
|---|---:|---:|
| 09/08/2020 | 4,396 | $13.04 |
| 11/10/2020 | 1,359 | $12.83 |
| 1/15/2021[A] | 10 | $12.68 |
| 1/15/2021[A] | 5 | $12.68 |

**Ziegler, Edward**

| | | |
|---|---:|---:|
| 09/14/2020 | 2,623 | $13.00 |
| 1/15/2021[A] | 6 | $12.68 |

**Ziegler, William**

| | | |
|---|---:|---:|
| 10/01/2020 | 2,112 | $13.06 |
| 1/15/2021[A] | 5 | $12.68 |

**Zingo, Maureen**

| | | |
|---|---:|---:|
| 09/14/2020 | 3,460 | $13.00 |
| 1/15/2021[A] | 8 | $12.68 |

**Zingo, Nicholas**

| | | |
|---|---:|---:|
| 06/19/2020 | 6,915 | $13.10 |
| 1/15/2021[A] | 75 | $12.68 |

**Nancy Staisey and Stanley Divorski**

| | | |
|---|---:|---:|
| 09/08/2020 | 8,547 | $13.04 |
| 1/15/2021[A] | 20 | $12.68 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| **Boyd, William** | | |
| 12/08/2020 | 283 | $12.72 |
| **Haas, Karl - Acct 2** | | |
| 12/18/2020 | 3,552 | $12.67 |
| **Wagner, David** | | |
| 11/09/2020 | 1,126 | $12.88 |
| **Rayl, Mimi** | | |
| 11/06/2020 | 2,085 | $13.12 |

Prices listed are rounded to two decimal places.

[A]Credit Adjustment