# EXHIBIT D

| Name | Date | Shares Acquired | Price | Cost | Date | Shares Disposed | Price | Total Proceeds | Total Cost | Total NAV* |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gunton, Howard** | 09/04/2020 | 21,300 | $13.08 | $278,608.00 | held | 22,945 | $0.00 | | | |
| | 12/17/2020 | 1,596 | $12.67 | $20,215.80 | | | | | | |
| | 01/15/2021^A | 49 | $12.68 | $620.89 | | | | | | |
| | | **22,945** | | **$299,444.69** | | **22,945** | | **$0.00** | **299,444.69** | **$294,382.25** |
| **Passa, Robin** | 07/27/2020 | 31,517 | $12.98 | $409,085.00 | held | 31,835 | $0.00 | | | |
| | 01/15/2021^A | 319 | $12.68 | $4,042.95 | | | | | | |
| | | **31,835** | | **$413,127.96** | | **31,835** | | **$0.00** | **413,127.96** | **$408,448.30** |
| **Schiavi, Harry G. & Lorraine - Acct 1** | 09/08/2020 | 11,874 | $13.04 | $154,842.01 | held | 11,902 | $0.00 | | | |
| | 01/15/2021^A | 27 | $12.68 | $347.19 | | | | | | |
| | | **11,902** | | **$155,189.20** | | **11,902** | | **$0.00** | **155,189.20** | **$152,699.68** |
| **Schiavi, Harry G. & Lorraine - Acct 2** | 09/08/2020 | 6,663 | $13.04 | $86,886.99 | held | 6,678 | $0.00 | | | |
| | 01/15/2021^A | 15 | $12.68 | $194.83 | | | | | | |
| | | **6,678** | | **$87,081.82** | | **6,678** | | **$0.00** | **87,081.82** | **$85,684.87** |
| **Schiavi, Harry** | 09/08/2020 | 4,722 | $13.04 | $61,581.00 | held | 4,733 | $0.00 | | | |
| | 01/15/2021^A | 11 | $12.68 | $138.09 | | | | | | |
| | | **4,733** | | **$61,719.08** | | **4,733** | | **$0.00** | **61,719.08** | **$60,729.00** |
| **The Lee Carter Revocable Trust** | 08/25/2020 | 25,462 | $12.96 | $329,985.01 | held | 25,580 | $0.00 | | | |
| | 01/15/2021^A | 118 | $12.68 | $1,501.65 | | | | | | |
| | | **25,580** | | **$331,486.66** | | **25,580** | | **$0.00** | **331,486.66** | **$328,194.39** |
| **The Richard A. Givens, II Revocable Trust** | 09/04/2020 | 13,165 | $13.08 | $172,203.99 | held | 13,196 | $0.00 | | | |
| | 01/15/2021^A | 30 | $12.68 | $383.77 | | | | | | |
| | | **13,196** | | **$172,587.77** | | **13,196** | | **$0.00** | **172,587.77** | **$169,300.95** |
| **The Thomas B. Storer Residuary Trust** | 09/08/2020 | 14,017 | $13.04 | $182,787.00 | held | 15,482 | $0.00 | | | |
| | 11/06/2020 | 1,429 | $12.94 | $18,485.00 | | | | | | |
| | 01/15/2021^A | 32 | $12.68 | $409.86 | | | | | | |
| | 01/15/2021^A | 3 | $12.68 | $42.10 | | | | | | |
| | | **15,482** | | **$201,723.95** | | **15,482** | | **$0.00** | **201,723.95** | **$198,628.50** |
| **Simpson, David** | 09/08/2020 | 14,228 | $13.04 | $185,533.00 | held | 15,825 | $0.00 | | | |
| | 11/10/2020 | 1,558 | $12.83 | $19,985.00 | | | | | | |

| Name | Date | Shares | Price | Amount | Sale Date | Held/Sold | Sale Price | Sale Amount | Net | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01/15/2021[A] | 33 | $12.68 | $416.01 | | | | | | |
| | 01/15/2021[A] | 6 | $12.68 | $77.28 | | | | | | |
| | | **15,825** | | **$206,011.29** | | **15,825** | **$0.00** | | **206,011.29** | **$203,029.25** |
| **Lynch, Michele** | 10/23/2020 | 14,592 | $13.02 | $189,985.00 | held | 14,625 | $0.00 | | | |
| | 01/15/2021[A] | 34 | $12.68 | $427.30 | | | | | | |
| | | **14,625** | | **$190,412.30** | | **14,625** | **$0.00** | | **190,412.30** | **$187,644.92** |
| **The Elaine L. Blodgett Revocable Trust** | 09/10/2020 | 9,456 | $13.02 | $123,114.00 | held | 9,478 | $0.00 | | | |
| | 01/15/2021[A] | 22 | $12.68 | $276.91 | | | | | | |
| | | **9,478** | | **$123,390.90** | | **9,478** | **$0.00** | | **123,390.90** | **$121,597.58** |
| **Elaine Blodgett** | 09/10/2020 | 4,598 | $13.02 | $59,861.00 | held | 5,210 | $0.00 | | | |
| | 11/06/2020 | 600 | $12.94 | $7,766.48 | | | | | | |
| | 01/15/2021[A] | 11 | $12.68 | $134.64 | | | | | | |
| | 01/15/2021[A] | 1 | $12.68 | $17.68 | | | | | | |
| | | **5,210** | | **$67,779.80** | | **5,210** | **$0.00** | | **67,779.80** | **$66,842.03** |
| **Hoglen, John** | 09/04/2020 | 10,820 | $13.08 | $141,529.00 | held | 13,008 | $0.00 | | | |
| | 11/06/2020 | 1,274 | $12.94 | $16,485.00 | | | | | | |
| | 12/17/2020 | 886 | $12.67 | $11,223.99 | | | | | | |
| | 01/15/2021[A] | 25 | $12.68 | $315.40 | | | | | | |
| | 01/15/2021[A] | 3 | $12.68 | $37.53 | | | | | | |
| | | **13,008** | | **$169,590.93** | | **13,008** | **$0.00** | | **169,590.93** | **$166,891.64** |
| **Leffers, Jo Ann Galluccio.** | 10/01/2020 | 11,293 | $13.06 | $147,485.00 | held | 11,319 | $0.00 | | | |
| | 01/15/2021[A] | 26 | $12.68 | $329.69 | | | | | | |
| | | **11,319** | | **$147,814.69** | | **11,319** | **$0.00** | | **147,814.69** | **$145,221.23** |
| **Haas, Karl - Acct 2** | 09/18/2020 | 15,858 | $13.02 | $206,470.00 | 12/18/2020 | 3,552 | $12.67 | $45,000.00 | | |
| | 12/11/2020 | 2,126 | $12.69 | $26,985.01 | held | 18,031 | $0.00 | | | |
| | 12/22/2020 | 3,562 | $12.63 | $44,985.00 | | | | | | |
| | 01/15/2021[A] | 37 | $12.68 | $464.38 | | | | | | |
| | | **21,583** | | **$278,904.39** | | **21,583** | | **$45,000.00** | **233,904.39** | **$231,338.67** |
| **Abrams, Ronald** | 09/28/2020 | 9,938 | $13.08 | $129,985.00 | held | 9,961 | $0.00 | | | |
| | 01/15/2021[A] | 23 | $12.68 | $289.67 | | | | | | |
| | | **9,961** | | **$130,274.67** | | **9,961** | **$0.00** | | **130,274.67** | **$127,793.68** |

| Name | Date | Shares | Price | Amount | | Shares | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **The Sara H. Geuder Revocable Trust** | 09/16/2020 | 13,450 | $13.01 | $174,984.99 | held | 13,481 | $0.00 | | | |
| | 01/15/2021[A] | 31 | $12.68 | $394.18 | | | | | | |
| | | 13,481 | | $175,379.18 | | 13,481 | | $0.00 | 175,379.18 | $172,962.83 |
| **Calvin Adkins Irrevocable Trust** | 08/25/2020 | 18,595 | $12.96 | $240,985.01 | held | 18,681 | $0.00 | | | |
| | 01/15/2021[A] | 86 | $12.68 | $1,096.64 | | | | | | |
| | | 18,681 | | $242,081.65 | | 18,681 | | $0.00 | 242,081.65 | $239,677.33 |
| **Haas, Karl - Acct 1** | 09/18/2020 | 11,980 | $13.02 | $155,985.00 | held | 12,008 | $0.00 | | | |
| | 01/15/2021[A] | 28 | $12.68 | $350.83 | | | | | | |
| | | 12,008 | | $156,335.83 | | 12,008 | | $0.00 | 156,335.83 | $154,063.70 |
| **Lewittes, Mark - Acct 1** | 09/14/2020 | 13,131 | $13.00 | $170,704.00 | held | 13,161 | $0.00 | | | |
| | 01/15/2021[A] | 30 | $12.68 | $385.12 | | | | | | |
| | | 13,161 | | $171,089.12 | | 13,161 | | $0.00 | 171,089.12 | $168,861.39 |
| **Delcollo, Christie L.** | 09/30/2020 | 2,952 | $13.12 | $38,734.01 | held | 2,959 | $0.00 | | | |
| | 01/15/2021[A] | 7 | $12.68 | $85.79 | | | | | | |
| | | 2,959 | | $38,819.80 | | 2,959 | | $0.00 | 38,819.80 | $37,964.65 |
| **Dwyer, Mary Alice** | 09/09/2020 | 11,225 | $13.02 | $146,152.00 | held | 11,251 | $0.00 | | | |
| | 01/15/2021[A] | 26 | $12.68 | $328.72 | | | | | | |
| | | 11,251 | | $146,480.72 | | 11,251 | | $0.00 | 146,480.72 | $144,351.82 |
| **Dobis, Jonathan** | 06/11/2020 | 5,689 | $13.18 | $74,985.00 | held | 5,742 | $0.00 | | | |
| | 01/15/2021[A] | 52 | $12.68 | $662.85 | | | | | | |
| | | 5,742 | | $75,647.85 | | 5,742 | | $0.00 | 75,647.85 | $73,664.43 |
| **Kelleher, Frances** | 09/10/2020 | 10,328 | $13.02 | $134,466.00 | held | 10,352 | $0.00 | | | |
| | 01/15/2021[A] | 24 | $12.68 | $302.43 | | | | | | |
| | | 10,352 | | $134,768.43 | | 10,352 | | $0.00 | 134,768.43 | $132,809.76 |
| **Wilcox, Robert** | 09/24/2020 | 6,280 | $13.14 | $82,513.00 | held | 6,294 | $0.00 | | | |
| | 01/15/2021[A] | 14 | $12.68 | $182.21 | | | | | | |
| | | 6,294 | | $82,695.21 | | 6,294 | | $0.00 | 82,695.21 | $80,750.71 |
| **The Itzi H. Guerra-Woerner Revocable Trust** | 09/10/2020 | 10,008 | $13.02 | $130,303.00 | held | 10,031 | $0.00 | | | |
| | 01/15/2021[A] | 23 | $12.68 | $293.07 | | | | | | |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 10,031 |  | $130,596.07 |  | 10,031 | $0.00 | 130,596.07 | $128,698.04 |
| **Zingo, Nicholas** | 06/19/2020 | 6,915 | $13.10 | $90,584.99 | held | 6,990 | $0.00 |  |  |
|  | 01/15/2021[A] | 75 | $12.68 | $947.17 |  |  |  |  |  |
|  |  | 6,990 |  | $91,532.16 |  | 6,990 | $0.00 | 91,532.16 | $89,676.35 |
| **Nancy Staisey and Stanley Divorski** | 09/08/2020 | 8,547 | $13.04 | $111,448.99 | held | 8,566 | $0.00 |  |  |
|  | 01/15/2021[A] | 20 | $12.68 | $249.90 |  |  |  |  |  |
|  |  | 8,566 |  | $111,698.89 |  | 8,566 | $0.00 | 111,698.89 | $109,907.04 |
| **Schill, Ruder** | 08/25/2020 | 13,155 | $12.96 | $170,485.00 | held | 13,216 | $0.00 |  |  |
|  | 01/15/2021[A] | 61 | $12.68 | $775.81 |  |  |  |  |  |
|  |  | 13,216 |  | $171,260.82 |  | 13,216 | $0.00 | 171,260.82 | $169,559.88 |
| **Kende, Frances** | 09/11/2020 | 8,033 | $13.03 | $104,668.00 | held | 8,051 | $0.00 |  |  |
|  | 01/15/2021[A] | 19 | $12.68 | $235.06 |  |  |  |  |  |
|  |  | 8,051 |  | $104,903.06 |  | 8,051 | $0.00 | 104,903.06 | $103,299.27 |
| **Shotzberger, Daniel** | 09/14/2020 | 787 | $13.00 | $10,228.00 | held | 789 | $0.00 |  |  |
|  | 01/15/2021[A] | 2 | $12.68 | $23.08 |  |  |  |  |  |
|  |  | 789 |  | $10,251.07 |  | 789 | $0.00 | 10,251.07 | $10,117.60 |
| **The William R. & Ann-Marie Bond Family Trust** | 09/10/2020 | 7,947 | $13.02 | $103,472.00 | held | 7,966 | $0.00 |  |  |
|  | 01/15/2021[A] | 18 | $12.68 | $232.73 |  |  |  |  |  |
|  |  | 7,966 |  | $103,704.73 |  | 7,966 | $0.00 | 103,704.73 | $102,197.52 |
| **Tiongson, Anastasia** | 09/30/2020 | 5,014 | $13.12 | $65,780.01 | held | 5,025 | $0.00 |  |  |
|  | 01/15/2021[A] | 11 | $12.68 | $145.69 |  |  |  |  |  |
|  |  | 5,025 |  | $65,925.70 |  | 5,025 | $0.00 | 65,925.70 | $64,473.44 |
| **Smith, Robert** | 09/08/2020 | 4,393 | $13.04 | $57,283.00 | held | 4,403 | $0.00 |  |  |
|  | 01/15/2021[A] | 10 | $12.68 | $128.45 |  |  |  |  |  |
|  |  | 4,403 |  | $57,411.45 |  | 4,403 | $0.00 | 57,411.45 | $56,490.46 |
| **Rev. Trust of J.D. and DJ Prillaman.** | 09/04/2020 | 4,148 | $13.08 | $54,251.00 | held | 4,157 | $0.00 |  |  |
|  | 01/15/2021[A] | 10 | $12.68 | $120.90 |  |  |  |  |  |
|  |  | 4,157 |  | $54,371.90 |  | 4,157 | $0.00 | 54,371.90 | $53,336.43 |

| Name | Date | Shares | Price | Amount | Sale Date | Shares | Price | Proceeds | Total | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reine, Saul** | 09/08/2020 | 2,733 | $13.04 | $35,633.00 | held | 2,739 | $0.00 | | | |
| | 01/15/2021[A] | 6 | $12.68 | $79.90 | | | | | | |
| | | **2,739** | | **$35,712.90** | | **2,739** | | **$0.00** | **35,712.90** | **$35,140.00** |
| **Buzdygon, Maureen** | 09/30/2020 | 4,686 | $13.12 | $61,485.00 | held | 4,697 | $0.00 | | | |
| | 01/15/2021[A] | 11 | $12.68 | $136.18 | | | | | | |
| | | **4,697** | | **$61,621.19** | | **4,697** | | **$0.00** | **61,621.19** | **$60,263.75** |
| **Roddy, Edward** | 09/11/2020 | 7,686 | $13.03 | $100,147.00 | held | 8,886 | $0.00 | | | |
| | 12/17/2020 | 1,183 | $12.67 | $14,985.00 | | | | | | |
| | 01/15/2021[A] | 18 | $12.68 | $224.89 | | | | | | |
| | | **8,886** | | **$115,356.89** | | **8,886** | | **$0.00** | **115,356.89** | **$114,011.61** |
| **Wagner, David** | 09/08/2020 | 6,678 | $13.04 | $87,083.00 | 11/09/2020 | 1,126 | $12.88 | $14,499.99 | | |
| | 01/15/2021[A] | 15 | $12.68 | $195.26 | held | 5,568 | $0.00 | | | |
| | | **6,694** | | **$87,278.26** | | **6,694** | | **$14,499.99** | **72,778.26** | **$71,434.45** |
| **O'Malley, Thomas** | 09/04/2020 | 5,358 | $13.08 | $70,089.00 | held | 5,371 | $0.00 | | | |
| | 01/15/2021[A] | 12 | $12.68 | $156.20 | | | | | | |
| | | **5,371** | | **$70,245.20** | | **5,371** | | **$0.00** | **70,245.20** | **$68,907.43** |
| **Minuti, Joseph & Barbara** | 09/29/2020 | 4,426 | $13.10 | $57,985.00 | held | 4,436 | $0.00 | | | |
| | 01/15/2021[A] | 10 | $12.68 | $128.83 | | | | | | |
| | | **4,436** | | **$58,113.83** | | **4,436** | | **$0.00** | **58,113.83** | **$56,920.24** |
| **Minuti, Joseph** | 12/01/2020 | 3,107 | $12.87 | $39,985.01 | held | 3,107 | $0.00 | | | |
| | | **3,107** | | **$39,985.01** | | **3,107** | | **$0.00** | **39,985.01** | **$39,860.73** |
| **Nagarajan, Vasantha - Acct 1** | 09/04/2020 | 5,178 | $13.08 | $67,730.01 | held | 5,190 | $0.00 | | | |
| | 01/15/2021[A] | 12 | $12.68 | $150.93 | | | | | | |
| | | **5,190** | | **$67,880.94** | | **5,190** | | **$0.00** | **67,880.94** | **$66,588.19** |
| **Dallas, George** | 09/24/2020 | 4,149 | $13.14 | $54,515.99 | held | 4,158 | $0.00 | | | |
| | 01/15/2021[A] | 9 | $12.68 | $120.38 | | | | | | |
| | | **4,158** | | **$54,636.38** | | **4,158** | | **$0.00** | **54,636.38** | **$53,351.66** |
| **Zingo, Maureen** | 09/14/2020 | 3,460 | $13.00 | $44,985.01 | held | 3,468 | $0.00 | | | |

| Name | Date | Shares | Price | Amount | Sale Date | Shares | Sale Price | Sale Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 01/15/2021[A] | 8 | $12.68 | $101.49 | | | | | |
| | | 3,468 | | $45,086.50 | | 3,468 | $0.00 | 45,086.50 | $44,499.43 |
| **Dempsey, Gary** | 09/24/2020 | 3,574 | $13.14 | $46,963.00 | held | 4,283 | $0.00 | | |
| | 11/06/2020 | 699 | $12.94 | $9,044.81 | | | | | |
| | 01/15/2021[A] | 8 | $12.68 | $103.70 | | | | | |
| | 01/15/2021[A] | 2 | $12.68 | $20.61 | | | | | |
| | | 4,283 | | $56,132.12 | | 4,283 | $0.00 | 56,132.12 | $54,948.75 |
| **McCarthy, Barry** | 09/11/2020 | 5,892 | $13.03 | $76,775.00 | held | 5,906 | $0.00 | | |
| | 01/15/2021[A] | 14 | $12.68 | $172.41 | | | | | |
| | | 5,906 | | $76,947.41 | | 5,906 | $0.00 | 76,947.41 | $75,771.02 |
| **Margolin, Marcia - Acct 1** | 09/04/2020 | 4,463 | $13.08 | $58,376.99 | held | 4,473 | $0.00 | | |
| | 01/15/2021[A] | 10 | $12.68 | $130.10 | | | | | |
| | | 4,473 | | $58,507.09 | | 4,473 | $0.00 | 58,507.09 | $57,392.86 |
| **Baldwin, David** | 08/27/2020 | 12,172 | $12.92 | $157,260.00 | held | 12,219 | $0.00 | | |
| | 01/15/2021[A] | 47 | $12.68 | $599.60 | | | | | |
| | | 12,219 | | $157,859.60 | | 12,219 | $0.00 | 157,859.60 | $156,771.23 |
| **Schiavi, Michael F. - Acct 1** | 09/08/2020 | 4,926 | $13.04 | $64,229.00 | held | 4,937 | $0.00 | | |
| | 01/15/2021[A] | 11 | $12.68 | $144.02 | | | | | |
| | | 4,937 | | $64,373.02 | | 4,937 | $0.00 | 64,373.02 | $63,340.36 |
| **Emptage, Mark - Acct 2** | 09/04/2020 | 4,039 | $13.08 | $52,833.00 | held | 4,049 | $0.00 | | |
| | 01/15/2021[A] | 9 | $12.68 | $117.75 | | | | | |
| | | 4,049 | | $52,950.74 | | 4,049 | $0.00 | 52,950.74 | $51,942.33 |
| **Newton, Margaret** | 09/11/2020 | 3,604 | $13.03 | $46,960.00 | held | 3,612 | $0.00 | | |
| | 01/15/2021[A] | 8 | $12.68 | $105.46 | | | | | |
| | | 3,612 | | $47,065.46 | | 3,612 | $0.00 | 47,065.46 | $46,345.91 |
| **Rayl, Mimi** | 11/03/2020 | 2,085 | $13.12 | $27,351.00 | 11/06/2020 | 2,085 | $13.12 | $27,351.00 | |
| | 11/06/2020 | 3,444 | $13.12 | $45,188.00 | held | 3,452 | $0.00 | | |
| | 01/15/2021[A] | 3 | $12.68 | $39.43 | | | | | |
| | 01/15/2021[A] | 2 | $12.68 | $21.29 | | | | | |
| | 01/15/2021[A] | 3 | $12.68 | $40.06 | | | | | |

| Name | Date | Shares | Price | Amount | Status | Held | Value | Total Shares | Total Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 5,537 | | $72,639.78 | | 5,537 | $27,351.00 | | 45,288.78 | $44,291.15 |
| **Ferry, Phyllis** | 09/04/2020 | 3,877 | $13.08 | $50,716.00 | held | 3,886 | $0.00 | | | |
| | 01/15/2021[A] | 9 | $12.68 | $113.03 | | | | | | |
| | | 3,886 | | $50,829.03 | | 3,886 | $0.00 | | 50,829.03 | $49,861.02 |
| **Philipp, David** | 10/02/2020 | 3,977 | $13.07 | $51,985.00 | held | 3,987 | $0.00 | | | |
| | 01/15/2021[A] | 9 | $12.68 | $116.03 | | | | | | |
| | | 3,987 | | $52,101.03 | | 3,987 | $0.00 | | 52,101.03 | $51,147.82 |
| **Paul Kende Rev Trust** | 09/11/2020 | 4,747 | $13.03 | $61,856.00 | held | 4,758 | $0.00 | | | |
| | 01/15/2021[A] | 11 | $12.68 | $138.91 | | | | | | |
| | | 4,758 | | $61,994.91 | | 4,758 | $0.00 | | 61,994.91 | $61,047.12 |
| **Chovonec, Michael Joseph** | 09/29/2020 | 3,476 | $13.10 | $45,535.00 | held | 3,484 | $0.00 | | | |
| | 01/15/2021[A] | 8 | $12.68 | $101.17 | | | | | | |
| | | 3,484 | | $45,636.17 | | 3,484 | $0.00 | | 45,636.17 | $44,698.86 |
| **Wood, Venita** | 09/08/2020 | 4,396 | $13.04 | $57,326.00 | held | 5,771 | $0.00 | | | |
| | 11/10/2020 | 1,359 | $12.83 | $17,439.54 | | | | | | |
| | 01/15/2021[A] | 10 | $12.68 | $128.54 | | | | | | |
| | 01/15/2021[A] | 5 | $12.68 | $67.43 | | | | | | |
| | | 5,771 | | $74,961.51 | | 5,771 | $0.00 | | 74,961.51 | $74,040.63 |
| **Uro, Donna** | 09/11/2020 | 4,335 | $13.03 | $56,489.00 | held | 4,345 | $0.00 | | | |
| | 01/15/2021[A] | 10 | $12.68 | $126.86 | | | | | | |
| | | 4,345 | | $56,615.86 | | 4,345 | $0.00 | | 56,615.86 | $55,750.30 |
| **McDonough, Christine** | 09/11/2020 | 4,322 | $13.03 | $56,317.00 | held | 4,332 | $0.00 | | | |
| | 01/15/2021[A] | 10 | $12.68 | $126.47 | | | | | | |
| | | 4,332 | | $56,443.47 | | 4,332 | $0.00 | | 56,443.47 | $55,580.55 |
| **Vinson, Anne** | 09/08/2020 | 3,532 | $13.04 | $46,062.00 | held | 4,584 | $0.00 | | | |
| | 11/06/2020 | 1,041 | $12.94 | $13,476.17 | | | | | | |
| | 01/15/2021[A] | 8 | $12.68 | $103.28 | | | | | | |
| | 01/15/2021[A] | 2 | $12.68 | $30.69 | | | | | | |
| | | 4,584 | | $59,672.13 | | 4,584 | $0.00 | | 59,672.13 | $58,817.36 |
| **Margolin, Richard H.** | 09/04/2020 | 3,304 | $13.08 | $43,214.00 | held | 3,311 | $0.00 | | | |

| Name | Date | Shares | Price | Amount | Sale Date | Shares Held | Sale Price | Proceeds | Net | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01/15/2021[A] | 8 | $12.68 | $96.30 | | | | | | |
| | | **3,311** | | **$43,310.31** | | **3,311** | | **$0.00** | 43,310.31 | **$42,485.49** |
| **Davies, Joy** | 08/27/2020 | 9,213 | $12.92 | $119,034.00 | held | 9,249 | $0.00 | | | |
| | 01/15/2021[A] | 36 | $12.68 | $453.86 | | | | | | |
| | | **9,249** | | **$119,487.86** | | **9,249** | | **$0.00** | 119,487.86 | **$118,664.04** |
| **Boyd, William** | 09/14/2020 | 4,411 | $13.00 | $57,341.00 | 12/08/2020 | 283 | $12.72 | $3,600.00 | | |
| | 01/15/2021[A] | 10 | $12.68 | $129.37 | held | 4,138 | $0.00 | | | |
| | | **4,421** | | **$57,470.37** | | **4,421** | | **$3,600.00** | 53,870.37 | **$53,090.92** |
| **Centrella, Mark** | 09/24/2020 | 2,812 | $13.14 | $36,947.00 | held | 3,392 | $0.00 | | | |
| | 12/17/2020 | 574 | $12.67 | $7,267.01 | | | | | | |
| | 01/15/2021[A] | 6 | $12.68 | $81.58 | | | | | | |
| | | **3,392** | | **$44,295.59** | | **3,392** | | **$0.00** | 44,295.59 | **$43,516.67** |
| **Mock, Cecile** | 09/11/2020 | 3,842 | $13.03 | $50,065.00 | held | 3,851 | $0.00 | | | |
| | 01/15/2021[A] | 9 | $12.68 | $112.43 | | | | | | |
| | | **3,851** | | **$50,177.43** | | **3,851** | | **$0.00** | 50,177.43 | **$49,410.31** |
| **Langer, Michael** | 09/08/2020 | 3,602 | $13.04 | $46,973.00 | held | 3,611 | $0.00 | | | |
| | 01/15/2021[A] | 8 | $12.68 | $105.32 | | | | | | |
| | | **3,611** | | **$47,078.32** | | **3,611** | | **$0.00** | 47,078.32 | **$46,323.10** |
| **Schiavi, Anthony - Acct 1** | 09/08/2020 | 3,531 | $13.04 | $46,044.01 | held | 3,539 | $0.00 | | | |
| | 01/15/2021[A] | 8 | $12.68 | $103.24 | | | | | | |
| | | **3,539** | | **$46,147.25** | | **3,539** | | **$0.00** | 46,147.25 | **$45,406.96** |
| **Crane, Patrick - Acct 2** | 09/29/2020 | 2,600 | $13.10 | $34,061.00 | held | 3,935 | $0.00 | | | |
| | 11/10/2020 | 1,324 | $12.83 | $16,985.00 | | | | | | |
| | 01/15/2021[A] | 6 | $12.68 | $75.67 | | | | | | |
| | 01/15/2021[A] | 5 | $12.68 | $65.68 | | | | | | |
| | | **3,935** | | **$51,187.35** | | **3,935** | | **$0.00** | 51,187.35 | **$50,487.00** |
| **Markiewicz, Robert** | 09/11/2020 | 3,505 | $13.03 | $45,672.00 | held | 3,513 | $0.00 | | | |
| | 01/15/2021[A] | 8 | $12.68 | $102.57 | | | | | | |
| | | **3,513** | | **$45,774.57** | | **3,513** | | **$0.00** | 45,774.57 | **$45,074.75** |

| Name | Date | Shares | Price | Amount | Status | Shares Held | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Keller, Wayne** | 09/10/2020 | 3,685 | $13.02 | $47,985.00 | held | 3,694 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 9 | $12.68 | $107.92 | | | | | | |
| | | **3,694** | | **$48,092.92** | | **3,694** | | **$0.00** | 48,092.92 | **$47,393.96** |
| **Minuti, Barbara** | 09/29/2020 | 2,442 | $13.10 | $31,985.00 | held | 2,447 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 6 | $12.68 | $71.06 | | | | | | |
| | | **2,447** | | **$32,056.06** | | **2,447** | | **$0.00** | 32,056.06 | **$31,397.67** |
| **Philipp, Tracey** | 09/30/2020 | 2,270 | $13.12 | $29,782.01 | held | 2,275 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 5 | $12.68 | $65.96 | | | | | | |
| | | **2,275** | | **$29,847.97** | | **2,275** | | **$0.00** | 29,847.97 | **$29,190.46** |
| **Crane, Carolyn** | 09/29/2020 | 2,433 | $13.10 | $31,871.00 | held | 2,438 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 6 | $12.68 | $70.81 | | | | | | |
| | | **2,438** | | **$31,941.81** | | **2,438** | | **$0.00** | 31,941.81 | **$31,285.76** |
| **Campanelli, Julie** | 09/09/2020 | 3,448 | $13.02 | $44,889.00 | held | 3,456 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 8 | $12.68 | $100.96 | | | | | | |
| | | **3,456** | | **$44,989.96** | | **3,456** | | **$0.00** | 44,989.96 | **$44,336.09** |
| **LaPenta, Lori** | 09/30/2020 | 2,196 | $13.12 | $28,818.00 | held | 2,202 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 5 | $12.68 | $63.83 | | | | | | |
| | | **2,202** | | **$28,881.83** | | **2,202** | | **$0.00** | 28,881.83 | **$28,245.60** |
| **Centrella, Margaret** | 09/14/2020 | 3,519 | $13.00 | $45,747.00 | held | 3,527 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 8 | $12.68 | $103.22 | | | | | | |
| | | **3,527** | | **$45,850.22** | | **3,527** | | **$0.00** | 45,850.22 | **$45,253.21** |
| **Strobel, C. John** | 09/11/2020 | 2,834 | $13.03 | $36,930.99 | held | 2,841 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 7 | $12.68 | $82.94 | | | | | | |
| | | **2,841** | | **$37,013.93** | | **2,841** | | **$0.00** | 37,013.93 | **$36,448.05** |
| **Berg, Nancy** | 08/27/2020 | 6,165 | $12.92 | $79,656.99 | held | 6,189 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 24 | $12.68 | $303.72 | | | | | | |
| | | **6,189** | | **$79,960.72** | | **6,189** | | **$0.00** | 79,960.72 | **$79,409.42** |
| **Nacucchio, Joanne - Acct 1** | 09/14/2020 | 2,972 | $13.00 | $38,636.00 | held | 2,979 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 7 | $12.68 | $87.16 | | | | | | |

| Name | Date | Shares | Price | Amount | | Shares | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **2,979** | | **$38,723.16** | | **2,979** | | **$0.00** | **38,723.16** | **$38,218.95** |
| **Ziegler, William** | 10/01/2020 | 2,112 | $13.06 | $27,585.01 | held | 2,117 | $0.00 | | | |
| | 01/15/2021[A] | 5 | $12.68 | $61.66 | | | | | | |
| | | **2,117** | | **$27,646.67** | | **2,117** | | **$0.00** | **27,646.67** | **$27,161.60** |
| **Lynch, Mark** | 09/04/2020 | 1,897 | $13.08 | $24,810.00 | held | 1,901 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $55.28 | | | | | | |
| | | **1,901** | | **$24,865.28** | | **1,901** | | **$0.00** | **24,865.28** | **$24,391.74** |
| **Ohnmacht, Joanne** | 09/11/2020 | 2,305 | $13.03 | $30,032.00 | held | 2,310 | $0.00 | | | |
| | 01/15/2021[A] | 5 | $12.68 | $67.44 | | | | | | |
| | | **2,310** | | **$30,099.44** | | **2,310** | | **$0.00** | **30,099.44** | **$29,639.28** |
| **Wagner, Helen** | 09/08/2020 | 2,163 | $13.04 | $28,206.99 | held | 2,168 | $0.00 | | | |
| | 01/15/2021[A] | 5 | $12.68 | $63.25 | | | | | | |
| | | **2,168** | | **$28,270.24** | | **2,168** | | **$0.00** | **28,270.24** | **$27,816.74** |
| **Ziegler, Edward** | 09/14/2020 | 2,623 | $13.00 | $34,092.99 | held | 2,629 | $0.00 | | | |
| | 01/15/2021[A] | 6 | $12.68 | $76.92 | | | | | | |
| | | **2,629** | | **$34,169.91** | | **2,629** | | **$0.00** | **34,169.91** | **$33,724.99** |
| **Samis, James J. - Acct 1** | 09/11/2020 | 2,196 | $13.03 | $28,608.99 | held | 2,201 | $0.00 | | | |
| | 01/15/2021[A] | 5 | $12.68 | $64.25 | | | | | | |
| | | **2,201** | | **$28,673.24** | | **2,201** | | **$0.00** | **28,673.24** | **$28,234.88** |
| **Turulski, Edward III - Acct 1** | 09/29/2020 | 1,614 | $13.10 | $21,145.00 | held | 1,618 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $46.98 | | | | | | |
| | | **1,618** | | **$21,191.98** | | **1,618** | | **$0.00** | **21,191.98** | **$20,756.72** |
| **Margolin, Marcia - Acct 2** | 09/04/2020 | 1,721 | $13.08 | $22,506.00 | held | 1,725 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $50.16 | | | | | | |
| | | **1,725** | | **$22,556.16** | | **1,725** | | **$0.00** | **22,556.16** | **$22,126.59** |
| **Rosenfeld, William - Acct 1** | 09/08/2020 | 1,946 | $13.04 | $25,378.00 | held | 1,951 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $56.90 | | | | | | |
| | | **1,951** | | **$25,434.90** | | **1,951** | | **$0.00** | **25,434.90** | **$25,026.88** |

| Name | Date | Shares | Price | Amount | Status | Shares Held | Sold | Total Shares | Total Cost | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| **Rosenfeld, Jo Anne** | 09/08/2020 | 1,914 | $13.04 | $24,956.00 | held | 1,918 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $55.96 | | | | | | |
| | | **1,918** | | **$25,011.96** | | **1,918** | **$0.00** | | 25,011.96 | $24,610.72 |
| **Schiavi + Dattani 401k FBO Ravi Dattani** | 09/08/2020 | 3,085 | $12.96 | $39,985.00 | held | 3,085 | $0.00 | | | |
| | | **3,085** | | **$39,985.00** | | **3,085** | **$0.00** | | 39,985.00 | $39,583.91 |
| **Turulski, Edward III - Acct 2** | 09/29/2020 | 1,431 | $13.10 | $18,748.00 | held | 1,434 | $0.00 | | | |
| | 01/15/2021[A] | 3 | $12.68 | $41.65 | | | | | | |
| | | **1,434** | | **$18,789.65** | | **1,434** | **$0.00** | | 18,789.65 | $18,403.74 |
| **Schiavi, Anthony - Acct 2** | 09/08/2020 | 1,833 | $13.04 | $23,903.00 | held | 1,837 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $53.60 | | | | | | |
| | | **1,837** | | **$23,956.60** | | **1,837** | **$0.00** | | 23,956.60 | $23,572.29 |
| **Aurand, Barbara - Acct 2** | 09/09/2020 | 1,989 | $13.02 | $25,903.00 | held | 1,994 | $0.00 | | | |
| | 01/15/2021[A] | 5 | $12.68 | $58.25 | | | | | | |
| | | **1,994** | | **$25,961.26** | | **1,994** | **$0.00** | | 25,961.26 | $25,583.94 |
| **Just, William R.** | 08/19/2020 | 3,322 | $12.94 | $42,985.00 | held | 3,335 | $0.00 | | | |
| | 01/15/2021[A] | 13 | $12.68 | $163.39 | | | | | | |
| | | **3,335** | | **$43,148.39** | | **3,335** | **$0.00** | | 43,148.39 | $42,784.92 |
| **Rosenfeld, William - Acct 2** | 09/08/2020 | 1,681 | $13.04 | $21,916.00 | held | 1,685 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $49.14 | | | | | | |
| | | **1,685** | | **$21,965.14** | | **1,685** | **$0.00** | | 21,965.14 | $21,612.78 |
| **Iorii, Brent** | 06/10/2020 | 1,765 | $13.02 | $22,985.00 | held | 1,780 | $0.00 | | | |
| | 01/15/2021[A] | 15 | $12.68 | $190.73 | | | | | | |
| | | **1,780** | | **$23,175.73** | | **1,780** | **$0.00** | | 23,175.73 | $22,842.57 |
| **Gass, Annette - Acct 2** | 09/10/2020 | 1,690 | $13.02 | $22,007.00 | held | 1,694 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $49.49 | | | | | | |
| | | **1,694** | | **$22,056.49** | | **1,694** | **$0.00** | | 22,056.49 | $21,735.93 |
| **Aurand, Barbara - Acct 1** | 09/09/2020 | 1,687 | $13.02 | $21,967.01 | held | 1,691 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $49.40 | | | | | | |

| Name | Date | Shares | Price | Amount | Status | Shares | | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | **1,691** | | **$22,016.41** | | **1,691** | **$0.00** | **22,016.41** | **$21,696.43** |
| **Gass, Annette - Acct 1** | 09/10/2020 | 1,676 | $13.02 | $21,825.00 | held | 1,680 | $0.00 | | |
| | 01/15/2021[A] | 4 | $12.68 | $49.10 | | | | | |
| | | **1,680** | | **$21,874.09** | | **1,680** | **$0.00** | **21,874.09** | **$21,556.18** |
| **Lynch, Ann** | 09/04/2020 | 1,268 | $13.08 | $16,591.00 | held | 1,271 | $0.00 | | |
| | 01/15/2021[A] | 3 | $12.68 | $36.97 | | | | | |
| | | **1,271** | | **$16,627.97** | | **1,271** | **$0.00** | **16,627.97** | **$16,311.31** |
| **Newman, Gregory** | 07/24/2020 | 1,863 | $13.00 | $24,219.00 | held | 1,880 | $0.00 | | |
| | 01/15/2021[A] | 17 | $12.68 | $220.09 | | | | | |
| | | **1,880** | | **$24,439.09** | | **1,880** | **$0.00** | **24,439.09** | **$24,124.98** |
| **Hubbard, Natalie - Acct 2** | 09/10/2020 | 1,630 | $13.02 | $21,222.00 | held | 1,634 | $0.00 | | |
| | 01/15/2021[A] | 4 | $12.68 | $47.73 | | | | | |
| | | **1,634** | | **$21,269.73** | | **1,634** | **$0.00** | **21,269.73** | **$20,960.60** |
| **Hausmann, Keith - Acct 2** | 11/06/2020 | 2,749 | $12.94 | $35,574.00 | held | 2,756 | $0.00 | | |
| | 01/15/2021[A] | 6 | $12.68 | $81.00 | | | | | |
| | | **2,756** | | **$35,655.00** | | **2,756** | **$0.00** | **35,655.00** | **$35,353.55** |
| **Nagarajan, Vasantha - Acct 2** | 09/04/2020 | 1,190 | $13.08 | $15,564.00 | held | 1,193 | $0.00 | | |
| | 01/15/2021[A] | 3 | $12.68 | $34.69 | | | | | |
| | | **1,193** | | **$15,598.69** | | **1,193** | **$0.00** | **15,598.69** | **$15,301.62** |
| **Decker, Henry J.** | 09/14/2020 | 1,735 | $13.00 | $22,560.01 | held | 1,739 | $0.00 | | |
| | 01/15/2021[A] | 4 | $12.68 | $50.90 | | | | | |
| | | **1,739** | | **$22,610.90** | | **1,739** | **$0.00** | **22,610.90** | **$22,316.49** |
| **Morrison, Mary - Acct 2** | 09/11/2020 | 1,456 | $13.03 | $18,966.00 | held | 1,459 | $0.00 | | |
| | 01/15/2021[A] | 3 | $12.68 | $42.59 | | | | | |
| | | **1,459** | | **$19,008.59** | | **1,459** | **$0.00** | **19,008.59** | **$18,717.98** |
| **Emptage, Mark - Acct 1** | 09/04/2020 | 1,156 | $13.08 | $15,117.00 | held | 1,158 | $0.00 | | |
| | 01/15/2021[A] | 3 | $12.68 | $33.69 | | | | | |
| | | **1,158** | | **$15,150.69** | | **1,158** | **$0.00** | **15,150.69** | **$14,862.16** |

| Name | Date | Shares | Price | Amount | Status | Shares Held | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lewittes, Mark - Acct 2** | 09/14/2020 | 1,656 | $13.00 | $21,531.00 | held | 1,660 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $48.58 | | | | | | |
| | | **1,660** | | **$21,579.58** | | **1,660** | | **$0.00** | 21,579.58 | $21,298.60 |
| **Rossi, Angelo** | 09/04/2020 | 1,056 | $13.08 | $13,813.00 | held | 1,058 | $0.00 | | | |
| | 01/15/2021[A] | 2 | $12.68 | $30.77 | | | | | | |
| | | **1,058** | | **$13,843.78** | | **1,058** | | **$0.00** | 13,843.78 | $13,580.13 |
| **Morrison, Mary - Acct 1** | 09/11/2020 | 1,041 | $13.03 | $13,566.00 | held | 1,044 | $0.00 | | | |
| | 01/15/2021[A] | 2 | $12.68 | $30.46 | | | | | | |
| | | **1,044** | | **$13,596.46** | | **1,044** | | **$0.00** | 13,596.46 | $13,388.59 |
| **Connor, Richard Louis** | 09/29/2020 | 768 | $13.10 | $10,067.00 | held | 770 | $0.00 | | | |
| | 01/15/2021[A] | 2 | $12.68 | $22.37 | | | | | | |
| | | **770** | | **$10,089.36** | | **770** | | **$0.00** | 10,089.36 | $9,882.14 |
| **Hausmann, Keith - Acct 3** | 09/10/2020 | 1,047 | $13.02 | $13,637.00 | held | 1,050 | $0.00 | | | |
| | 01/15/2021[A] | 2 | $12.68 | $30.67 | | | | | | |
| | | **1,050** | | **$13,667.68** | | **1,050** | | **$0.00** | 13,667.68 | $13,469.04 |
| **Nacucchio, Joanne - Acct 2** | 09/14/2020 | 1,052 | $13.00 | $13,674.00 | held | 1,054 | $0.00 | | | |
| | 01/15/2021[A] | 2 | $12.68 | $30.85 | | | | | | |
| | | **1,054** | | **$13,704.85** | | **1,054** | | **$0.00** | 13,704.85 | $13,526.40 |
| **Rupar, Joan** | 11/09/2020 | 3,205 | $12.88 | $41,285.00 | held | 3,218 | $0.00 | | | |
| | 01/15/2021[A] | 12 | $12.68 | $158.40 | | | | | | |
| | | **3,218** | | **$41,443.40** | | **3,218** | | **$0.00** | 41,443.40 | $41,285.00 |
| **Hubbard, Natalie - Acct 1** | 11/06/2020 | 1,397 | $12.94 | $18,077.00 | held | 1,400 | $0.00 | | | |
| | 01/15/2021[A] | 3 | $12.68 | $41.16 | | | | | | |
| | | **1,400** | | **$18,118.16** | | **1,400** | | **$0.00** | 18,118.16 | $17,964.98 |
| **Cross, Ryan** | 10/23/2020 | 1,381 | $13.02 | $17,984.99 | held | 2,169 | $0.00 | | | |
| | 12/15/2020 | 787 | $12.68 | $9,985.01 | | | | | | |
| | | **2,169** | | **$27,970.00** | | **2,169** | | **$0.00** | 27,970.00 | $27,825.67 |
| **McDonough, Joseph** | 09/11/2020 | 687 | $13.03 | $8,953.99 | held | 689 | $0.00 | | | |

| Name | Date | Shares | Price | Amount | | Shares | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01/15/2021<sup>A</sup> | 2 | $12.68 | $20.11 | | | | | | |
| | | **689** | | **$8,974.10** | | **689** | **$0.00** | | 8,974.10 | **$8,836.91** |
| **Cleary, Patricia** | 11/06/2020 | 1,127 | $12.94 | $14,581.67 | held | 1,129 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 3 | $12.68 | $33.20 | | | | | | |
| | | **1,129** | | **$14,614.87** | | **1,129** | **$0.00** | | 14,614.87 | **$14,491.31** |
| **Clark, Jeannice** | 08/27/2020 | 1,134 | $12.92 | $14,656.00 | held | 3,247 | $0.00 | | | |
| | 11/11/2020 | 2,100 | $12.84 | $26,958.30 | | | | | | |
| | 01/15/2021<sup>A</sup> | 4 | $12.68 | $55.88 | | | | | | |
| | 01/15/2021<sup>A</sup> | 8 | $12.68 | $104.08 | | | | | | |
| | | **3,247** | | **$41,774.25** | | **3,247** | **$0.00** | | 41,774.25 | **$41,653.06** |
| **Crane, Patrick- Acct 1** | 09/29/2020 | 413 | $13.10 | $5,413.00 | held | 414 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 1 | $12.68 | $12.03 | | | | | | |
| | | **414** | | **$5,425.03** | | **414** | **$0.00** | | 5,425.03 | **$5,313.61** |
| **Reilly, Teresa** | 09/11/2020 | 529 | $13.03 | $6,896.00 | held | 530 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 1 | $12.68 | $15.49 | | | | | | |
| | | **530** | | **$6,911.49** | | **530** | **$0.00** | | 6,911.49 | **$6,805.83** |
| **Samis, James - Acct 2** | 09/11/2020 | 524 | $13.03 | $6,829.00 | held | 525 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 1 | $12.68 | $15.34 | | | | | | |
| | | **525** | | **$6,844.34** | | **525** | **$0.00** | | 6,844.34 | **$6,739.70** |
| **Agarwal, Rohit** | 09/09/2020 | 528 | $13.02 | $6,875.00 | held | 529 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 1 | $12.68 | $15.46 | | | | | | |
| | | **529** | | **$6,890.46** | | **529** | **$0.00** | | 6,890.46 | **$6,790.32** |
| **Hausmann, Keith - Acct 1** | 11/06/2020 | 844 | $12.94 | $10,925.00 | held | 846 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 2 | $12.68 | $24.88 | | | | | | |
| | | **846** | | **$10,949.87** | | **846** | **$0.00** | | 10,949.87 | **$10,857.30** |
| **Monagle, Daniel** | 10/13/2020 | 462 | $12.96 | $5,985.01 | held | 463 | $0.00 | | | |
| | 01/15/2021<sup>A</sup> | 1 | $12.68 | $13.58 | | | | | | |
| | | **463** | | **$5,998.59** | | **463** | **$0.00** | | 5,998.59 | **$5,938.71** |
| **Geuder, Emily** | 11/10/2020 | 5,845 | $12.83 | $74,985.00 | held | 5,867 | $0.00 | | | |

| Name | Date | Shares | Price | Amount | Status | Shares Held | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01/15/2021[A] | 23 | $12.68 | $289.94 | | | | | | |
| | | **5,867** | | **$75,274.94** | | **5,867** | | **$0.00** | 75,274.94 | **$75,278.37** |
| **Flyer, Susan - Acct 1** | 11/10/2020 | 9,742 | $12.83 | $124,985.00 | held | 9,780 | $0.00 | | | |
| | 01/15/2021[A] | 38 | $12.68 | $483.27 | | | | | | |
| | | **9,780** | | **$125,468.27** | | **9,780** | | **$0.00** | 125,468.27 | **$125,473.99** |
| **Morrison, Scott - Acct 2** | 11/17/2020 | 1,755 | $12.81 | $22,485.00 | held | 1,759 | $0.00 | | | |
| | 01/15/2021[A] | 4 | $12.68 | $52.25 | | | | | | |
| | | **1,759** | | **$22,537.25** | | **1,759** | | **$0.00** | 22,537.25 | **$22,572.97** |
| **Knowlton, Susan** | 11/17/2020 | 2,371 | $12.81 | $30,370.45 | held | 2,376 | $0.00 | | | |
| | 01/15/2021[A] | 6 | $12.68 | $70.58 | | | | | | |
| | | **2,376** | | **$30,441.02** | | **2,376** | | **$0.00** | 30,441.02 | **$30,489.28** |
| **Iorii, Lawrence** | 12/02/2020 | 4,292 | $12.81 | $54,985.00 | held | 4,292 | $0.00 | | | |
| | | **4,292** | | **$54,985.00** | | **4,292** | | **$0.00** | 54,985.00 | **$55,070.85** |
| **Flyer, Susan - Acct 2** | 12/17/2020 | 586 | $12.67 | $7,418.77 | held | 586 | $0.00 | | | |
| | | **586** | | **$7,418.77** | | **586** | | **$0.00** | 7,418.77 | **$7,512.45** |
| **Schiavi, Michael F. - Acct 2** | 12/16/2020 | 786 | $12.70 | $9,984.99 | held | 786 | $0.00 | | | |
| | | **786** | | **$9,984.99** | | **786** | | **$0.00** | 9,984.99 | **$10,087.20** |
| **Sofia Dattani UTMA** | 12/08/2020 | 1,253 | $12.72 | $15,933.22 | held | 1,253 | $0.00 | | | |
| | | **1,253** | | **$15,933.22** | | **1,253** | | **$0.00** | 15,933.22 | **$16,071.01** |
| **Iorii, Janine** | 12/02/2020 | 7,805 | $12.81 | $99,985.00 | held | 7,805 | $0.00 | | | |
| | | **7,805** | | **$99,985.00** | | **7,805** | | **$0.00** | 99,985.00 | **$100,141.10** |
| **Bartle, Liza** | 11/18/2020 | 4,342 | $12.78 | $55,485.00 | held | 4,352 | $0.00 | | | |
| | 01/15/2021[A] | 10 | $12.68 | $129.54 | | | | | | |
| | | **4,352** | | **$55,614.54** | | **4,352** | | **$0.00** | 55,614.54 | **$55,833.14** |
| **Morrison, Scott - Acct 1** | 12/16/2020 | 2,125 | $12.70 | $26,985.00 | held | 2,125 | $0.00 | | | |
| | | **2,125** | | **$26,985.00** | | **2,125** | | **$0.00** | 26,985.00 | **$27,261.22** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Movants' Total** | **712,883** | **$9,272,661.27** | **712,883** | **$90,451.00** | **9,182,210.27** | **$9,055,903.17** |

Prices listed are rounded to two decimal places.

[A]Credit Adjustment

*Based on current held shares of 705,838
and last established NAV of $12.83 as of 2/18/2021.