**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br>                Defendants. | Case No. 1:21-cv-01047-FB-RLM<br><br>Hon. Frederic Block |
| LEONARD SOKOLOW, AS TRUSTEE OF THE LEONARD J. AND SHARON R. SOKOLOW REVOCABLE TRUST 4/18/18, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON. LEONARD POTTER, and JAMES VELISSARIS,<br><br>                Defendants. | Case No. 1:21-cv-02317 |

**NOTICE OF MOTION OF THE FUND INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF CO-LEAD COUNSEL</u>**

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that movants Marshall Glickman, Andrew Lietz, Donna Lietz, Keith C. Charles, and EMFO, LLC (the "Fund Investor Group") respectfully move this Court for an order: (1) consolidating the above-captioned actions; (2) appointing the Fund Investor Group as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving the Fund Investor Group's selection of Scott+Scott Attorneys at Law LLP as Co-Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits A-D, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: April 27, 2021

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

  *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
Rhiana L. Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6334
Facsimile: 212-223-6444
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Proposed Lead Plaintiff-Movant the Fund Investor Group and Proposed Lead Counsel for the Class*

**CRIDEN & LOVE, P.A.**
Michael E. Criden
Lindsey Grossman
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: 305-357-9000

Facsimile: 305-357-9050
mcriden@cridenlove.com
lgrossman@cridenlove.com

*Additional Counsel for the Fund Investor Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 27, 2021, at New York, New York.

                                            *s/ Thomas L. Laughlin, IV*
                                            Thomas L. Laughlin, IV