UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br>     Defendants. | Case No. 1:21-cv-01047-FB-RLM<br><br>Hon. Frederick Block |
| LEONARD SOKOLOW, AS TRUSTEE OF THE LEONARD J. AND SHARON R. SOKOLOW REVOCABLE TRUST 4/18/18, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON. LEONARD POTTER, and JAMES VELISSARIS,<br>     Defendants. | Case No. 1:21-cv-02317 |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF THE FUND INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant the Fund Investor Group and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of the Fund Investor Group's motion for consolidation, appointment as lead plaintiff, and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Notice published February 26, 2021, on *PRNewswire*, announcing the pendency of the first-filed securities class action against defendants herein; |
| Exhibit B: | PSLRA Certifications signed by the members of the Fund Investor Group attesting to its purchases and sales of shares of the Infinity Q Diversified Alpha Fund (the "Fund") during the Class Period and relating to all shares of the Fund held as of February 22, 2021; |
| Exhibit C: | Joint Declaration of the Fund Investor Group, with Appendices A and B; |
| Exhibit D: | Firm Résumé of Scott+Scott. |

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on the 27th day of April, 2021.

                                                 */s/ Thomas L. Laughlin, IV*
                                                 THOMAS L. LAUGHLIN, IV

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 27, 2021, at New York, New York.

                                           *s/ Thomas L. Laughlin, IV*
                                           Thomas L. Laughlin, IV