# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Marshall Glickman, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed a complaint in this case and authorize the filing of lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of all persons who purchased or otherwise acquired shares of the Infinity Q Diversified Alpha Fund during the Class Period, including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at South Newfane, VT . (City, State)

___4/27/21___  ___[signature: Marshall Glickman]___
DATE  SIGNATURE

# Schedule A

**INFINITY Q DIVERS ALPHA-INV**　　　　　　　　　Ticker:　IQDAX　　　Cusip:　89832P606

| | | Purchases: | DATE | SHARES | PRICE |
|---|---|---|---|---|---|
| **Marshall Glickman** | | | | | |
| Account 1 | | | 5/2/2018 | 8,896.7970 | $11.24 |
| Account 1 | | | 10/31/2018 | 8,680.5560 | $11.52 |
| Account 1 | | | 12/10/2018 | 32.9600 | $11.38 |
| Account 1 | | | 12/10/2018 | 108.9650 | $11.38 |
| Account 1 | | | 12/10/2018 | 33.7810 | $11.38 |
| Account 1 | | | 12/10/2018 | 111.6790 | $11.38 |
| Account 1 | | | 1/11/2019 | 8,539.7100 | $11.71 |
| Account 1 | | | 1/11/2019 | 8,539.7100 | $11.71 |
| Account 1 | | | 1/24/2019 | 8,598.4520 | $11.63 |
| Account 1 | | | 2/11/2019 | 8,568.9800 | $11.67 |
| Account 1 | | | 7/9/2019 | 4,273.5040 | $11.70 |
| Account 1 | | | 7/19/2019 | 8,547.0090 | $11.70 |
| Account 1 | | | 7/23/2019 | 8,532.4230 | $11.72 |
| Account 1 | | | 7/24/2019 | 8,532.4230 | $11.72 |
| Account 1 | | | 7/25/2019 | 8,547.0090 | $11.70 |
| Account 1 | | | 7/26/2019 | 8,539.7100 | $11.71 |
| Account 1 | | | 7/30/2019 | 5,209.2230 | $11.71 |
| Account 1 | | | 7/16/2020 | 19,654.0880 | $12.72 |
| Account 1 | | | 7/17/2020 | 11,811.0240 | $12.70 |
| Account 1 | | | 7/20/2020 | 19,685.0390 | $12.70 |
| **Total Account 1 Purchases** | | | | **155,443.0420** | |
| | | | | | |
| Account 2 | | | 5/26/2020 | 7,763.9800 | $13.01 |
| Account 2 | | | 1/11/2021 | 77.5800 | $12.50 |
| **Total Account 2 Purchases** | | | | **7,841.5600** | |

| | | | |
|---|---|---|---|
| Account 3 | 8/21/2018 | 11,505.1900 | $11.56 |
| Account 3 | 12/10/2018 | 43.6850 | $11.38 |
| Account 3 | 12/10/2018 | 144.4220 | $11.38 |
| Account 3 | 5/14/2020 | 5,397.0700 | $12.97 |
| **Total Account 3 Purchases** | | **17,090.3670** | |
| | | | |
| Account 4 | 1/11/2019 | 8,539.7100 | $11.71 |
| Account 4 | 1/24/2019 | 8,598.4520 | $11.63 |
| Account 4 | 7/24/2019 | 8,532.4230 | $11.72 |
| Account 4 | 5/14/2020 | 23,346.3000 | $12.97 |
| **Total Account 4 Purchases** | | **49,016.8850** | |
| | | | |
| Account 5 | 11/7/2018 | 2,731.2010 | $11.57 |
| Account 5 | 12/7/2018 | 34.2840 | $11.38 |
| Account 5 | 12/7/2018 | 10.3710 | $11.38 |
| **Total Account 5 Purchases** | | **2,775.8560** | |
| | | | |
| Account 6 | 11/7/2018 | 2,407.0870 | $11.57 |
| Account 6 | 12/7/2018 | 30.2150 | $11.38 |
| Account 6 | 12/7/2018 | 9.1400 | $11.38 |
| **Total Account 6 Purchases** | | **2,446.4420** | |
| | | | |
| Account 7 | 11/13/2020 | 7,892.6600 | $12.67 |
| **Total Account 7 Purchases** | | **7,892.6600** | |
| | | | |
| Account 8 | 11/8/2018 | 1,629.8530 | $11.59 |
| Account 8 | 12/7/2018 | 20.4590 | $11.38 |
| Account 8 | 12/7/2018 | 6.1890 | $11.38 |
| **Total Account 8 Purchases** | | **1,656.5010** | |

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Andrew E. Lietz, as Trustee of the Andrew E. Lietz Revocable Trust 4/12/1991 (the "Trust"), hereby certify:

1. I have reviewed a complaint and authorize the filing of lead plaintiff papers on behalf of myself and the Trust.

2. I am duly authorized to conduct legal action on the Trust's behalf, including legal action regarding investments in the Infinity Q Diversified Alpha Fund (the "Fund").

3. I and the Trust are willing to serve as representative parties on behalf of a Class of investors in the Infinity Q Diversified Alpha Fund (the "Fund"), including providing testimony at deposition and trial, if necessary.

4. My and the Trusts' transactions in the Fund during the Class Period and relating to shares held at the end of the Class Period are set forth in the attached **Schedule A**.

5. I and the Trust did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

6. I and the Trust have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

7. I and the Trust will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.



Executed at Rye, N.H. 03870 (City, State)

Date: 4/27/21

Signature: Andrew E. Lietz, Trustee

# Schedule A

**INFINITY Q DIVERS ALPHA-INV**  Ticker: **IQDNX**  Cusip: **89832P705**

**ANDREW E LIETZ REVOCABLE TRUST**  Purchases:

| DATE | SHARES | PRICE |
|---|---|---|
| 11/9/2015 | 39,525.692 | $10.1210 |

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Donna M. Lietz, as Trustee of the Donna M. Lietz Revocable Trust 4/12/1991 (the "Trust"), hereby certify:

1. I have reviewed a complaint and authorize the filing of lead plaintiff papers on behalf of myself and the Trust.

2. I am duly authorized to conduct legal action on the Trust's behalf, including legal action regarding investments in the Infinity Q Diversified Alpha Fund (the "Fund").

3. I and the Trust are willing to serve as representative parties on behalf of a Class of investors in the Infinity Q Diversified Alpha Fund (the "Fund"), including providing testimony at deposition and trial, if necessary.

4. My and the Trusts' transactions in the Fund during the Class Period and relating to shares held at the end of the Class Period are set forth in the attached **Schedule A**.

5. I and the Trust did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

6. I and the Trust have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

7. I and the Trust will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Rye, NH 03870 (City, State)

4/27/2021
DATE

[Signature: Donna M. Lietz, Trustee]
SIGNATURE

# Schedule A

**INFINITY Q DIVERS ALPHA-INV**　　　　　　　　Ticker:　**IQDNX**　　　Cusip:　**89832P705**

**DONNA M LIETZ REVOCABLE TRUST**　　　　　**Purchases:**　**DATE**　　**SHARES**　**PRICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11/9/2015　118,577.075　$10.12

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Keith C. Charles, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed a complaint in this case and authorize the filing of lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of all persons who purchased or otherwise acquired shares of the Infinity Q Diversified Alpha Fund during the Class Period, including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the federal securities laws.

5. I have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.



I declare under penalty of perjury that the foregoing is true and correct.
Executed at Winter Park FL (City, State)

4.27.21
DATE

SIGNATURE

# Schedule A

**INFINITY Q DIVERS ALPHA-INV**     Ticker:   IQDNX     Cusip:   89832P705

**Keith C. Charles**

| Purchases: | DATE | SHARES | PRICE |
|---|---|---|---|
| | 9/6/2016 | 20,140.9870 | $9.93 |
| | 6/7/2018 | 17,590.1500 | $11.37 |
| | 1/9/2019 | 8,460.2370 | $11.82 |

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Allan Budelman, as Co-Founder and Chief Executive Officer of EMFO, LLC, or Emerald Multi-Family Office ("Emerald"), hereby certify:

1. I have reviewed a complaint and authorize the filing of lead plaintiff papers on behalf of Emerald.

2. I am duly authorized to conduct legal action on the Emerald's behalf, including legal action regarding investments in the Infinity Q Diversified Alpha Fund (the "Fund").

3. Emerald is willing to serve as representative parties on behalf of a Class of investors in the Infinity Q Diversified Alpha Fund (the "Fund"), including providing testimony at deposition and trial, if necessary.

4. Emerald's transactions in the Fund during the Class Period and relating to shares held at the end of the Class Period are set forth in the attached **Schedule A**.

5. Emerald did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

6. Emerald has not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

7. Emerald will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Weston, FL__ . (City, State)

__4/22/21__
DATE

_____
SIGNATURE

# Schedule A

| | | | | | |
|---|---|---|---|---|---|
| **INFINITY Q DIVERS ALPHA-INV** | | **Ticker:** | **IQDNX** | **Cusip:** | **89832P705** |
| **Client #1** | | **Purchases:** | **DATE** | **SHARES** | **PRICE** |
| | | | 10/1/2019 | 5,074.4500 | $11.82 |
| | | | 2/14/2017 | 3,217.8220 | $10.10 |
| | | | 10/1/2019 | 2,407.0870 | $11.82 |
| | | | 9/23/2020 | 7,614.6230 | $13.13 |
| **INFINITY Q DIVERS ALPHA-INV** | | **Ticker:** | **IQDNX** | **Cusip:** | **89832P705** |
| **Client #2** | | **Purchases:** | **DATE** | **SHARES** | **PRICE** |
| | | | 2/24/2016 | 12,372.7720 | $10.10 |
| | | | 12/7/2018 | 154.0930 | $11.47 |
| | | | 12/7/2018 | 46.6110 | $11.47 |
| | | | 2/5/2019 | 8,516.1840 | $11.74 |
| **INFINITY Q DIVERS ALPHA-INV** | | **Ticker:** | **IQDAX** | **Cusip:** | **89832P606** |
| **Client #3** | | **Purchases:** | **DATE** | **SHARES** | **PRICE** |
| | | | 3/9/2017 | 2,300.4260 | $10.19 |
| | | | 8/31/2017 | 1,366.6990 | $10.39 |
| | | | 1/15/2019 | 488.4320 | $11.67 |
| | | | 1/30/2019 | 8.5690 | $11.67 |
| **INFINITY Q DIVERS ALPHA-INV** | | **Ticker:** | **IQDNX** | **Cusip:** | **89832P705** |
| **Client #4** | | **Purchases:** | **DATE** | **SHARES** | **PRICE** |
| | | | 2/1/2016 | 9,891.1970 | $10.11 |
| | | | 2/8/2016 | 4,945.5980 | $10.11 |
| | | | 10/16/2019 | 8,437.1310 | $11.85 |
| **INFINITY Q DIVERS ALPHA-INV** | | **Ticker:** | **IQDNX** | **Cusip:** | **89832P705** |
| **Client #5** | | **Purchases:** | **DATE** | **SHARES** | **PRICE** |
| | | | 4/26/2016 | 4,986.5270 | $10.02 |
| | | | 8/31/2018 | 2,233.8780 | $11.63 |

|  |  |  |  |
|---|---|---|---|
|  | 12/7/2018 | 62.1040 | $11.47 |
|  | 12/7/2018 | 18.7860 | $11.47 |
|  | 12/7/2018 | 8.4160 | $11.47 |
|  | 12/7/2018 | 27.8210 | $11.47 |
|  | 1/16/2019 | 2,122.3450 | $11.77 |
|  | 7/22/2020 | 7,702.6190 | $12.98 |

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #6**  **Purchases:** **DATE** **SHARES** **PRICE**

| | 12/17/2018 | 2,599.6530 | $11.54 |
|---|---|---|---|

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #7**  **Purchases:** **DATE** **SHARES** **PRICE**

| | 1/22/2016 | 14,895.7300 | $10.07 |
|---|---|---|---|

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #8**  **Purchases:** **DATE** **SHARES** **PRICE**

| | 2/1/2016 | 4,942.1370 | $10.11 |
|---|---|---|---|
| | 12/7/2018 | 61.5500 | $11.47 |
| | 12/7/2018 | 18.6180 | $11.47 |
| | 2/20/2019 | 2,124.1500 | $10.76 |

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #9**  **Purchases:** **DATE** **SHARES** **PRICE**

| | 2/8/2016 | 14,836.7950 | $10.11 |
|---|---|---|---|
| | 2/8/2016 | 14,836.7950 | $10.11 |
| | 8/14/2017 | 15,296.3670 | $10.46 |
| | 2/5/2019 | 8,516.1840 | $11.74 |

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #10**  **Purchases:** **DATE** **SHARES** **PRICE**

| | 6/19/2020 | 7,714.5060 | $12.96 |
|---|---|---|---|

**INFINITY Q DIVERS ALPHA-INV**  **Ticker:** **IQDNX** **Cusip:** **89832P705**
**Client #11**  **Purchases:** **DATE** **SHARES** **PRICE**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 11/14/2017 | 14,204.5450 | $10.56 |  |
|  |  | 7/19/2018 | 8,918.8220 | $11.21 |  |

**INFINITY Q DIVERS ALPHA-INV**     Ticker: **IQDNX**    Cusip: **89832P705**
**Client #12**     Purchases: **DATE**    **SHARES**    **PRICE**
                     12/15/2016   5,133.4700   $9.74
                     12/27/2017   1,881.4680   $10.63

**INFINITY Q DIVERS ALPHA-INV**     Ticker: **IQDNX**    Cusip: **89832P705**
**Client #13**     Purchases: **DATE**    **SHARES**    **PRICE**
                     1/10/2017   1,611.6120   $9.99
                     11/17/2017   1,890.2550   $10.57