UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br><u>CLASS ACTION</u> |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

PURSUANT TO RULE 1.3 of the Local Rules of the United States Court for the Eastern District of New York, I, Joseph E. Floren, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon in the above-captioned action.

I am a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached the required affidavit as **Exhibit A**, and the Certificate of Good Standing issued by the Supreme Court of the State of California as **Exhibit B**.

Dated: San Francisco, CA
May 6, 2021

/s/ Joseph E. Floren
Joseph E. Floren
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1391
Fax: (415) 442-1001
joseph.floren@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon*