# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>      Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br>CLASS ACTION |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, JOSEPH E. FLOREN, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with the law firm of Morgan, Lewis & Bockius LLP. My contact information is:

 Joseph E. Floren
 MORGAN, LEWIS & BOCKIUS LLP
 One Market, Spear Street Tower
 San Francisco, CA 94105
 Phone: (415) 442-1391
 Fax: (415) 442-1001
 joseph.floren@morganlewis.com

2.  As shown in the Certificate of Good Standing Annexed hereto, I am a member in good standing of the bar of the State of California.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

DB1/ 119723389.1

5.  There are no pending disciplinary proceedings presently against me in any state or federal court.

6.  I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Eastern District of New York.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: San Francisco, CA
　　　　May 6, 2021

/s/ Joseph E. Floren
Joseph E. Floren
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1391
Fax: (415) 442-1001
joseph.floren@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon*

SWORN TO AND SUBSCRIBED BEFORE ME this 6th day of May, 2021.

[This notarial act involved the use of communication technology.]

Hampton City

_____
Notary Public

My Commission Expires: 04/30/2022