# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>        Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br>CLASS ACTION |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Joseph E. Floren for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is:

    Joseph E. Floren
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Phone: (415) 442-1391
    Fax: (415) 442-1001
    joseph.floren@morganlewis.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2021            _____
New York, New York                               The Hon. _____
                                                                                United States District Judge