# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

LIANG YANG, et al.
　　　　　　　　　　Plaintiff (s),
V.
INFINITY Q DIVERSIFIED ALPHA FUND, et al.
　　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-01047

Notice is hereby given that, subject to approval by the court, __John C. Chrystal and Harry E. Resis__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)
__James J. Coster__, State Bar No. __2405256 (NY)__ as counsel of record in
(Name of New Attorney)

place of __Susan F. DiCicco and Matthew R. Ladd__.
　　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Duane Morris LLP
　　Address:　　　　1540 Broadway, New York, NY 10036
　　Telephone:　　　(212) 404-8712　　　Facsimile　(212) 818-9606
　　E-Mail (Optional):　JJCoster@duanemorris.com

I consent to the above substitution.
Date:　　4/22/2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　4/22/2021
　　　　　　　　　　　　　　　　　Matthew Ladd
　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　4/22/2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]