AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | NEW YORK |

LIANG YANG, et al.
    Plaintiff (s),
V.
INFINITY Q DIVERSIFIED ALPHA FUND, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-01047

Notice is hereby given that, subject to approval by the court, __Albert J. DiUlio, S.J.__ substitutes
(Party (s) Name)

__James J. Coster__, State Bar No. __2405256 (NY)__ as counsel of record in
(Name of New Attorney)

place of __Susan F. DiCicco and Matthew R. Ladd__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Duane Morris LLP
 Address: 1540 Broadway, New York, NY 10036
 Telephone: (212) 404-8712  Facsimile (212) 818-9606
 E-Mail (Optional): JJCoster@duanemorris.com

I consent to the above substitution.
Date: 4/22/2021
(Signature of Party (s))

I consent to being substituted.
Date: 4/22/2021
Matthew Ladd
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/22/2021
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]