# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>     Defendants. | Civil Action No. 1:21-cv-01047-FB-RLM<br><br><u>CLASS ACTION</u> |

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his amended appearance in the above-captioned action on behalf of Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Amended Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendants are expressly reserved.

Dated: New York, New York  /s/ Matthew R. Ladd
       May 6, 2021         Matthew R. Ladd
                           MORGAN, LEWIS & BOCKIUS LLP
                           101 Park Avenue
                           New York, NY 10178
                           Phone: (212) 309-6000
                           Fax: (212) 309-6001
                           matthew.ladd@morganlewis.com

                           *Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon*