# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-01047-FB-RLM |
| v. | <u>CLASS ACTION</u> |
| TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS, | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that JOSEPH E. FLOREN, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his appearance in the above-captioned action on behalf of Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendants are expressly reserved.

Dated: New York, New York
      May 6, 2021

*/s/ Joseph E. Floren*
Joseph E. Floren
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Fax: (415) 442-1001
joseph.floren@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, and Russell B. Simon*