UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>      Defendants. | Case No. 1:21-cv-01047-FB-RLM<br><br>Hon. Frederic Block |
| LEONARD SOKOLOW, AS TRUSTEE OF THE LEONARD J. AND SHARON R. SOKOLOW REVOCABLE TRUST 4/18/18, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>      Defendants. | Case No. 1:21-cv-02317-FB-RLM |

**NOTICE OF WITHDRAWAL OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that putative Class members and Lead Plaintiff movants Marshall Glickman, Andrew Lietz, Donna Lietz, Keith C. Charles, and EMFO, LLC (collectively,

the "Fund Investor Group") hereby withdraw their motion for appointment as lead plaintiff and approval of selection of lead counsel (ECF No. 26). This notice is without prejudice to the group members' rights to participate in this action as members of the proposed class, including the right to share in any recovery obtained in the action.

DATED: May 10, 2021

Respectfully Submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 /s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV
Rhiana L. Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6334
Facsimile: (212) 223-6444
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Movant the Fund Investor Group*

CRIDEN & LOVE, P.A.
Michael E. Criden
Lindsey Grossman
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: 305-357-9000
Facsimile: 305-357-9050
mcriden@cridenlove.com
lgrossman@cridenlove.com

*Additional Counsel for the Fund Investor Group*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                              _/s/ Thomas L. Laughlin, IV_
                                              Thomas L. Laughlin, IV