UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>Defendants. | No. 1:21-cv-01047-FB-RLM<br><br><br><br>**NOTICE OF NON-OPPOSITION** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**NOTICE IS HEREBY GIVEN THAT** the Palm Beach Investor Group ("Movants") hereby file this Notice of Non-Opposition to the competing motion for appointment as lead plaintiff and approval of lead counsel filed by movant Schiavi + Company LLC d/b/a Schiavi + Dattani ("Movant Schiavi + Dattani"). ECF No. 23.

Movants have: (i) evaluated each of the competing movants' motions; (ii) considered the claims asserted in this action; and (iii) believe, as a consequence, that it appears that Movants do not have the largest financial interest. Movant Schiavi + Dattani appears to assert the largest individual loss and is, therefore, the presumptive lead plaintiff with the largest financial interest pursuant to the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

This Notice of Non-Opposition shall have no effect on, and is without prejudice to, Movants' status as members of the proposed class including, but not limited to, the right to share

1

in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. Furthermore, Movants remain ready, willing, and able to serve as Lead Plaintiffs if the need arises.

Dated: May 11, 2021

RESPECTFULLY SUBMITTED,

_s/ Matthew M. Guiney_____
Matthew M. Guiney
Kevin G. Cooper
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
kcooper@whafh.com

*Counsel for Movants Palm Beach Investor Group*

/810953