<pre>
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LIANG YANG, Individually and on behalf of    :
all others similarly situated,               :
                                             :
              *Plaintiff*,                   :
                                             : Civil Action No. 1:21-cv-01047-FB-RLM
       -against-                             :
                                             : <u>CLASS ACTION</u>
TRUST FOR ADVISED PORTFOLIOS,                :
INFINITY Q CAPITAL MANAGEMENT,               :
LLC, CHRISTOPHER E. KASHMERICK,              :
JOHN C. CHRYSTAL, ALBERT J. DIULIO,          :
S.J., HARRY E. RESIS, RUSSELL B.             :
SIMON, LEONARD POTTER, and JAMES             :
VELISSARIS                                   :
                                             :
              *Defendants*.
-----------------------------------------------------------X
</pre>

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for James Velissaris and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Mr. Velissaris. The undersigned is admitted to practice before this Court.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of Mr. Velissaris are expressly reserved.

Dated: Washington D.C.
       May 12, 2021

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Chantale Fiebig*
Chantale Fiebig
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
Telephone: (202) 955-8244
Facsimile: (202) 530-4203
CFiebig@gibsondunn.com

*Attorney for Defendant James Velissaris*