UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
LIANG YANG, Individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

TRUST FOR ADVISED PORTFOLIOS,
INFINITY Q CAPITAL MANAGEMENT,
LLC, CHRISTOPHER E. KASHMERICK,
JOHN C. CHRYSTAL, ALBERT J. DIULIO,
S.J., HARRY E. RESIS, RUSSELL B. SIMON,
LEONARD POTTER, and JAMES VELISSARIS,

      Defendant.
-----------------------------------------------------------------x

Case No. 1:21-cv-01047-FB-RLM

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Michael A. Cabin. of the law firm Duane Morris LLP hereby enters his appearance on behalf of defendants John C. Chrystal, Albert J. DiUlio, S.J., and Harry E. Resis in the above-captioned matter and requests that copies of all notices and papers in this matter be served at the office address set forth below.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be and shall not be interpreted as a waiver of any defense or objection, including, but not limited to, lack of personal jurisdiction, and the above-named defendants expressly reserve all rights and defenses.

Dated: New York, New York
       May 13, 2021

                                              DUANE MORRIS LLP

                                              By:   /s/ Michael Cabin
                                                       Michael Cabin
                                             230 Park Avenue
                                             New York, New York 10169-0079
                                             E-mail: MACabin@duanemorris.com

Telephone: (212) 404-8743
Fax: (212) 818-9606

*Counsel for Defendants John C. Chrystal, Albert J. DiUlio, S.J. and Harry E. Resis*