# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>                      Defendants. | No. 1:21-cv-01047-FB-RLM<br><br><br><br>**REPLY TO DEFENDANTS' RESPONSE TO MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF** |

      Movant Palm Beach Investor Group ("Palm Beach Movants") hereby file this brief reply in response to the Defendants' Response to Motions for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel. ECF No. 36. The Palm Beach Movants previously submitted a Notice of Non-Opposition to the competing motion for appointment as lead plaintiff and approval of lead counsel filed by movant Schiavi + Company LLC d/b/a Schiavi + Dattani ("Movant Schiavi + Dattani"). ECF No. 23.

      The Palm Beach Movants submit this reply solely in response to the Defendants' argument that "it is not at all clear that the [Palm Beach Movants are] well-suited to lead this litigation on behalf of the putative class." ECF No. 36 at 3 – 4. In fact, each member of the Palm Beach Movant group invested with the same wealth management company.

      //

      //

Dated: May 18, 2021

RESPECTFULLY SUBMITTED,

 s/ Matthew M. Guiney
Matthew M. Guiney
Kevin G. Cooper
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
guiney@whafh.com
kcooper@whafh.com

*Counsel for Movants Palm Beach Investor Group*