UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated, | x : : : |
| Plaintiffs, | : : |
| vs. | : : : |
| TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS, | : 1:21-cv-01047-FB-RLM : : : : : : : |
| Defendants. | : x |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for James Velissaris and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Mr. Velissaris. The undersigned is admitted to practice before this Court.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of Mr. Velissaris are expressly reserved.

Dated: New York, New York
       June 15, 2021

GIBSON, DUNN & CRUTCHER LLP

By: _s/ Reed M. Brodsky_
　Reed M. Brodsky
　200 Park Avenue, 47th Floor
　New York, New York 10166
　Telephone: (212) 351-4000
　RBrodsky@gibsondunn.com

*Attorney for Defendant James Velissaris*