UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
LIANG YANG, Individually and on behalf of all others similarly situated,

       *Plaintiff*,

  -against-

TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS

       *Defendants*.
------------------------------------X

Civil Action No. 1:21-cv-01047-FB-MMH

<u>CLASS ACTION</u>

## <u>MOTION TO WITHDRAW APPEARANCE</u>

The undersigned counsel of record for Defendant James Velissaris, Chantale Fiebig, files this Motion to Withdraw Appearance pursuant to Local Civil Rule 1.4. Ms. Fiebig is no longer affiliated with Gibson Dunn & Crutcher LLP, which remains counsel to Mr. Velissaris in this action. The posture of this case is that an initial complaint was filed on Feb. 26, 2021, and defendants' time to answer or otherwise respond to any complaint is stayed pending appointment of a lead plaintiff and the filing of an amended complaint. The undersigned counsel is not asserting a retaining or charging lien.

Dated: Washington D.C.
      November 8, 2021

                                      Respectfully submitted,

                                      /s/ *Chantale Fiebig*
                                      Chantale Fiebig
                                      WEIL, GOTSHAL & MANGES LLP
                                      2001 M Street NW, Suite 600
                                      Washington, DC 20036-5306
                                      Telephone: (202) 682-7200
                                      Chantale.fiebig@weil.com

SO ORDERED:

_____
HON. FREDERIC BLOCK
U.S. DISTRICT JUDGE

Dated: Brooklyn, NY, _____, 2021