UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>                            Defendants. | Case No. 1:21-cv-01047-FB-RLM |

## APPEARANCE OF COUNSEL

TO:    The Clerk of Court and All Parties of Record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant James Velissaris.

| | |
|---|---|
| Dated:  New York, New York<br>           March 3, 2022 | */s/ Kathleen A. Reilly*<br>Kathleen A. Reilly<br><br>ARNOLD PORTER KAYE SCHOLER LLP<br>250 W. 55th Street<br>New York, New York 10019<br>Telephone: (212) 836-7450<br>Facsimile: (212) 836-8689<br>kathleen.reilly@arnoldporter.com<br><br>*Attorneys for Defendant James Velissaris* |