UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LIANG YANG, Individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,

        Defendants.

1:21-cv-01047-FB-RLM

---

# NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Robert F. Serio, Defendant James Velissaris will move this Court for an Order allowing the firm of Gibson, Dunn & Crutcher LLP and its attorneys Robert F. Serio, Reed M. Brodsky, Karin S. Portlock and Lauren Myers, to withdraw as counsel for James Velissaris. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: As of March 7, 2022, Arnold & Porter Kaye Scholer LLP have entered an appearance to represent James Velissaris and become counsel of record in this matter.

Dated: New York, New York
       March 10, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Robert F. Serio*
    Robert F. Serio

    200 Park Avenue, 47th Floor
    New York, New York 10166
    Telephone: (212) 351-4000
    RSerio@gibsondunn.com

*Attorney for Defendant James Velissaris*