UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>                 Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:    1:21-cv-01047-FB-RLM<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION OF ROBERT SERIO
## PURSUANT TO LOCAL RULE 1.4

I, Robert F. Serio, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  Defendant James Velissaris is represented in this matter by Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). Counsel of record for James Velissaris includes me and my colleagues, Reed M. Brodsky, Karin S. Portlock, and Lauren Myers.

2.  On March 3, 2022, attorneys from Arnold & Porter Kaye Scholer LLP entered their appearance to represent James Velissaris.

3.  Currently, the posture of the case is as follows: No answer has been filed, no dispositive motions have been filed, and no trial date has been set. The only current pending motion is a motion to appoint lead counsel filed by the Plaintiffs.

4.  Because attorneys from Arnold & Porter Kaye Scholer LLP have appeared and will continue to represent James Velissaris in this action, withdrawal of myself, Mr. Brodsky, Mrs. Portlock, Mrs. Myers, and Gibson Dunn will not prejudice James Velissaris.

5.      Gibson Dunn is not asserting a retaining or charging lien.

6.      I respectfully request that the Court enter the accompanying Order allowing

Gibson Dunn, Reed M. Brodsky, Karin S. Portlock, Lauren Myers and myself to withdraw as

counsel of record for James Velissaris.


Dated: New York, New York
       March 10, 2022

                                        Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _s/ Robert F. Serio_____
                                        Robert F. Serio
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166
                                        Telephone:  (212) 351-4000
                                        RSerio@gibsondunn.com

                                        *Attorney for Defendant James Velissaris*