UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LIANG YANG, Individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1:21-cv-01047-FB-RLM

## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice of Counsel for Defendant James Velissaris and the accompanying declaration of Robert F. Serio,

IT IS HERBY ORDERED that the notice to withdraw Reed M. Brodsky, Robert F. Serio, Karin S. Portlock, Lauren Kobrick Myers and Gibson, Dunn & Crutcher LLP as counsel for Defendant James Velissaris is granted. The above appearances are withdrawn as of the date of this Order.

SO ORDERED:

Dated: _____                 _____

                                                The Honorable Frederick Block
                                                United States District Court Judge