UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br> v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,<br><br>         Defendants. | Case No. 1:21-cv-01047-FB-RLM |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant James Velissaris.

Dated: New York, New York
    March 18, 2022

*/s/ Veronica E. Callahan*
Veronica E. Callahan

ARNOLD PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, New York 10019
Telephone: (212) 836-7272
Facsimile: (212) 836-8689
veronica.callahan@arnoldporter.com

*Attorneys for Defendant James Velissaris*