UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIANG YANG, Individually and on behalf of all others similarly situated,

                      Plaintiff,

v.

TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, AND JAMES VELISSARIS,

                      Defendants.

Case No. 1:21-cv-01047-FB-RLM

## APPEARANCE OF COUNSEL

TO:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant James Velissaris.

Dated:  New York, New York
         March 18, 2022

*/s/ Tyler J. Fink*
Tyler J. Fink

ARNOLD PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, New York 10019
Telephone: (212) 836-7272
Facsimile: (212) 836-8689
tyler.fink@arnoldporter.com

*Attorneys for Defendant James Velissaris*