UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>                  Defendants. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani in this action and requests that all parties serve upon the undersigned copies of all papers filed in or affecting this action.

DATED: April 5, 2022

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN

          */s/ Samuel H. Rudman*
          SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*