UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

Liang Yang,
                Plaintiffs,

V.

Trust for Advised Portfolios, et, al.
                Defendant.

-------------------------------------------------

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 08 2022 ★
BROOKLYN OFFICE

CONSOLIDATION ORDER

CV-21-1047(FB)(MMH)
CV-22-896 (FB)(MMH)

      IT IS ORDERED that case number CV-22-896 be consolidated into lead case number CV-21-1047 as related actions.

      IT IS ORDERED that case number CV-22-896 be administratively closed and all further entries be made on the lead case, docket number CV-21-1047.

      IT IS ORDERED plaintiff will serve and file a consolidated complaint within 60 days of the date of this order.

      IT IS ORDERED defendants will either serve and file their answer or a letter requesting a pre-motion conference within 60 days after the filing of the consolidated complaint.

                                                /S/ Frederic Block
                                         UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          April 6, 2022