UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION | Civil Action No. 1:21-cv-01047-FB-MMH <br><br> <u>CLASS ACTION</u> <br><br> MOTION FOR ADMISSION *PRO HAC VICE* |
| This Document Relates To: <br><br>     ALL ACTIONS. | |

4892-4334-1851.v1

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eric I. Niehaus, hereby move this Court for an Order for admission to practice and appear *pro hac vice* as counsel for Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani in the above-captioned action.

I am a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony or censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto as Exhibit A is the Affidavit of Eric I. Niehaus with my Certificate of Good Standing annexed thereto.

DATED: April 13, 2022    ROBBINS GELLER RUDMAN
   & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN

*s/ Eric I. Niehaus*
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

BOIES SCHILLER FLEXNER LLP
JOHN T. ZACH
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212/446-2300
212/446-2350 (fax)
jzach@bsfllp.com

Lead Counsel for Lead Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 13, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ Eric I. Niehaus
       ERIC I. NIEHAUS

       ROBBINS GELLER RUDMAN
           & DOWD LLP
       655 West Broadway, Suite 1900
       San Diego, CA  92101-8498
       Telephone:  619/231-1058
       619/231-7423 (fax)

       Email:  ericn@rgrdlaw.com

# Mailing Information for a Case 1:21-cv-01047-FB-MMH Yang v. Trust for Advised Portfolios et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Antonia Marie Apps**
  aapps@milbank.com,AutoDocketECF@milbank.com,antonia-apps-4141@ecf.pacerpro.com

- **Michael Cabin**
  macabin@duanemorris.com,NJBerkebile@duanemorris.com

- **Veronica E. Callahan**
  veronica.callahan@arnoldporter.com,edocketscalendaring@arnoldporter.com,veronica-callahan-1417@ecf.pacerpro.com,maoedny@arnoldporter.com

- **James J. Coster**
  JJCoster@duanemorris.com,managingclerk@ssbb.com,nydocket@duanemorris.com,NJBerkebile@duanemorris.com,autodocketny@duanemorris.com

- **Susan F. DiCicco**
  susan.dicicco@morganlewis.com

- **Tyler Jairus Fink**
  tyler.fink@arnoldporter.com,edocketscalendaring@arnoldporter.com,maoedny@arnoldporter.com,tyler-fink-8235@ecf.pacerpro.com

- **Joseph Edward Floren**
  joseph.floren@morganlewis.com

- **Matthew M Guiney**
  guiney@whafh.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Matthew Rees Ladd**
  matthew.ladd@morganlewis.com,susan.dicicco@morganlewis.com,joan.dillingham@morganlewis.com

- **Thomas Livezey Laughlin**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,dcolonna@scott-scott.com,efile@scott-scott.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@pomlaw.com

- **Sean Miles Murphy**
  smurphy@milbank.com,sean-murphy-8385@ecf.pacerpro.com,bwalden@milbank.com,BReed@milbank.com,AutoDocketECF@milbank.com

- **Jennifer Oh**
  jennifer.oh@arnoldporter.com,edocketscalendaring@arnoldporter.com,jennifer-oh-3166@ecf.pacerpro.com,maoedny@arnoldporter.com

- **Kathleen Reilly**
  kathleen.reilly@apks.com,edocketscalendaring@arnoldporter.com,maoedny@arnoldporter.com,ecf-7de25ba62819@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`