# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re INFINITY Q DIVERSIFIED ALPHA : Civil Action No. 1:21-cv-01047-FB-MMH
FUND AND INFINITY Q VOLATILITY :
ALPHA FUND, L.P. SECURITIES : CLASS ACTION
LITIGATION :
: AFFIDAVIT IN SUPPORT OF MOTION
--------------------------------------------------------- : FOR ADMISSION *PRO HAC VICE*
:
This Document Relates To: :
:
ALL ACTIONS. :
:
---------------------------------------------------------x

I, ERIC I. NIEHAUS, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings again me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: April 13, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN

_____
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com

4864-0025-9099.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

BOIES SCHILLER FLEXNER LLP
JOHN T. ZACH
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212/446-2300
212/446-2350 (fax)
jzach@bsfllp.com

Lead Counsel for Lead Plaintiff

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   )
                            ) ss:
County of San Diego )

Subscribed and sworn to (or affirmed) before me on this 13th day of April 2022, by Eric I. Niehaus, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



_____
Notary Public, State of California
Commission expires: Dec. 30, 2025



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

April 6, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC IAN NIEHAUS, #239023 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records