# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re INFINITY Q DIVERSIFIED ALPHA : Civil Action No. 1:21-cv-01047-FB-MMH
FUND AND INFINITY Q VOLATILITY :
ALPHA FUND, L.P. SECURITIES : CLASS ACTION
LITIGATION :
                                                                 : AFFIDAVIT IN SUPPORT OF MOTION
---------------------------------------------------------------- : FOR ADMISSION *PRO HAC VICE*
                                                                 :
This Document Relates To:                                        :
                                                                 :
    ALL ACTIONS.                                                 :
---------------------------------------------------------------- x

I, JOHN M. KELLEY, being duly sworn, hereby deposes and says as follows:

1. I am associate with the law firm of Robbins Geller Rudman & Dowd LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings again me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: May 19, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN
JOHN M. KELLEY

_____
JOHN M. KELLEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com
bcochran@rgrdlaw.com
jkelley@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
drosenfeld@rgrdlaw.com

BOIES SCHILLER FLEXNER LLP
JOHN T. ZACH
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212/446-2300
212/446-2350 (fax)
jzach@bsfllp.com

Lead Counsel for Lead Plaintiff

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
                        ) ss:
County of San Diego  )

Subscribed and sworn to (or affirmed) before me on this 19 day of May 2022, by John M. Kelley, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



DEBORAH D. HAYES
Notary Public - California
San Diego County
Commission # 2304619
My Comm. Expires Oct 9, 2023

_____
Notary Public, State of California

Commission expires: 10/9/2023

4871-0352-9249.v1



**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

May 12, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN MORTON KELLEY, #339965 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records