UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Case No. 1:21-cv-01047-FB-MMH

<u>CLASS ACTION</u>

**AFFIDAVIT OF THOMAS P. CIMINO, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Thomas P. Cimino, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a shareholder with the law firm of Vedder Price P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing, annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant U.S. Bancorp Fund Services, LLC.

VP/#55147811.2

Dated: May 12, 2022

/s/ Thomas P. Cimino, Jr.
Thomas P. Cimino, Jr.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Fax: (312) 609-5005
tcimino@vedderprice.com

*Attorney for Defendant*
*U.S. Bancorp Fund Services, LLC*

Sworn to and subscribed before me this 12th day of May 2022

/s/ Barbara Chizewski
Notary Public

"OFFICIAL SEAL"
BARBARA CHIZEWSKI
Notary Public, State Of Illinois
My Commission Expires 11/12/2025
Commission No. 942456