UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION | Case No. 1:21-cv-01047-FB-MMH<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that, upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States district Courts for the Eastern District of New York for an Order allowing the admission of Joshua D. Nichols, an associate at the firm of Vedder Price P.C. and a member in good standing of the bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendants U.S. Bancorp Fund Services, LLC. There are no pending disciplinary proceedings against the applicant in any State or Federal Court.

Dated: May 20, 2022

Respectfully submitted,

VEDDER PRICE P.C.

By: s/ Joshua D. Nichols
Joshua D. Nichols
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7724
Fax: (312) 609-5005
jzubairi@vedderprice.com

*Attorneys for Defendant*
*U.S. Bancorp Fund Services, LLC*