UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Case No. 1:21-cv-01047-FB-MMH

<u>CLASS ACTION</u>

**AFFIDAVIT OF JOSHUA D. NICHOLS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Joshua D. Nichols, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Vedder Price P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing, annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant U.S. Bancorp Fund Services, LLC.

Dated: May 12, 2022

*signature: Joshua Nichols*

Joshua D. Nichols
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Fax: (312) 609-5005
jnichols@vedderprice.com

*Attorney for Defendant*
*U.S. Bancorp Fund Services, LLC*

Sworn to and subscribed before me
this 19 day of May 2022

*signature: Janet Lanore Jelley*
Notary Public

"OFFICIAL SEAL"
JANET LANORE JELLEY
Notary Public, State Of Illinois
My Commission Expires 07/21/2023
Commission No. 401149

-2-

VP/#55150029.2