UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re INFINITY Q DIVERSIFIED ALPHA
FUND AND INFINITY Q VOLATILITY
ALPHA FUND, L.P. SECURITIES
LITIGATION

This Document Relates To:

    ALL ACTIONS.

Case No. 1:21-cv-01047-FB-MMH

<u>CLASS ACTION</u>

<u>**APPEARANCE OF COUNSEL**</u>

    **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in this case on

behalf of Defendant U.S. BANCORP FUND SERVICES, LLC

Dated: May 26, 2022

          Respectfully submitted,

          VEDDER PRICE P.C.

          By:    */s/ Thomas P. Cimino, Jr.*
              Thomas P. Cimino, Jr.
              tcimino@vedderprice.com
              222 N. LaSalle Street, Suite 2300
              Chicago, IL 60601
              Telephone:(312) 609-7784
              Facsimile: (312) 609-5005