UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION | Case No. 1:21-cv-01047-FB-MMH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | **<u>APPEARANCE OF COUNSEL</u>** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in this case on behalf of Defendant U.S. BANCORP FUND SERVICES, LLC

Dated: May 26, 2022

Respectfully submitted,

VEDDER PRICE P.C.

By:    */s/ Joshua D. Nichols*
     Joshua D. Nichols
     jnichols@vedderprice.com
     222 N. LaSalle Street, Suite 2200
     Chicago, IL 60601
     Telephone:(312) 609-7724
     Facsimile: (312) 609-5005