UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION

This Document Relates To:

    ALL ACTIONS.

Case No. 1:21-cv-01047-FB-MMH

<u>CLASS ACTION</u>

**<u>APPEARANCE OF COUNSEL</u>**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in this case on behalf of Defendant U.S. BANCORP FUND SERVICES, LLC

Dated: May 26, 2022

    Respectfully submitted,

    VEDDER PRICE P.C.

    By:   */s/ Junaid A. Zubairi*
        Junaid A. Zubairi
        jzubairi@vedderprice.com
        222 N. LaSalle Street, Suite 2300
        Chicago, IL 60601
        Telephone:(312) 609-7720
        Facsimile: (312) 609-5005