UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that CHRISTINA KARAM, of the law firm of Petrillo Klein & Boxer LLP, hereby enters her appearance in the above-captioned action on behalf of Defendant Scott Lindell and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of Scott Lindell are expressly reserved.

Dated: New York, New York
        August 3, 2022

                                    */s/ Christina Karam*

                                    Christina Karam
                                    PETRILLO KLEIN & BOXER LLP
                                    ckaram@pkbllp.com
                                    655 Third Avenue, 22nd Floor
                                    New York, New York 10017
                                    Telephone: (646) 560-5985
                                    *Attorney for Defendant Scott Lindell*