UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brian P. Morgan, Esq., of Faegre Drinker Biddle & Reath LLP, who is admitted to practice in this court, hereby enters his appearance in the above-captioned matter on behalf of defendant EisnerAmper LLP and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

Dated: August 4, 2022

                                      */s/ Brian P. Morgan*
                                      Brian P. Morgan
                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                      1177 Avenue of the Americas, 41st Floor
                                      New York, NY 10036
                                      Tel: (212) 248-3272
                                      brian.morgan@faegredrinker.com

                                      *Attorneys for EisnerAmper LLP*