UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 1:21-cv-01047-FB-MMH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that James K. Goldfarb, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Defendant Quasar Distributors LLC, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon him.

Dated: August 18, 2022
New York, New York

Respectfully submitted,

Davis Wright Tremaine LLP

By: /s/ James K. Goldfarb
James K. Goldfarb
JamesGoldfarb@dwt.com
1185 Avenue of the Americas, 21st Floor
New York, New York 10036
(212) 880-3961

*Attorneys for Defendant Quasar Distributors LLC*