UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 1:21-cv-01047-FB-MMH<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

       **PLEASE TAKE NOTICE** that Cameron S. Matheson, who is admitted to

practice in this Court, respectfully enters his appearance as counsel for Defendant Quasar

Distributors LLC, and requests that copies of all future pleadings, filings, notices,

correspondences, and other papers be served upon him.


Dated:  August 18, 2022
       New York, New York


                            Respectfully submitted,

                            Davis Wright Tremaine LLP

            By:   /s/ Cameron S. Matheson
                 Cameron S. Matheson
                 CameronMatheson@dwt.com
                 4870 Sadler Road, Suite 301
                 Glen Allen, VA 23060
                 (804) 762-5332

                 *Attorneys for Defendant Quasar*
                 *Distributors LLC*