UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 1:21-cv-01047-FB-MMH |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to rule 7.1 of the federal rules of civil procedure, Quasar Distributors, LLC hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

Quasar Distributors, LLC is wholly owned by Foreside Financial Group, LLC, doing business as ACA Group, a privately-held entity, and no publicly held corporation owns 10% or more of its stock.

Dated: August 19, 2022

DAVIS WRIGHT TREMAINE LLP

/s/ James K. Goldfarb
James K. Goldfarb
Cameron Matheson
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: (212) 880-3961
Fax: (212) 880-3998
*jamesgoldfarb@dwt.com*
*cameronmatheson@dwt.com*

*Attorneys for Defendant Quasar Distributors, LLC*