

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
vedderprice.com

September 12, 2022

Thomas P. Cimino, Jr.
Shareholder
+1 312 609 7784
tcimino@vedderprice.com

**VIA ECF**

Honorable Frederic Block
United States District Court Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***In re: Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Securities Litigation***
***Case No. 1:21-cv-01047-FB-MMH***

Dear Judge Block:

My firm represents Defendant U.S. Bancorp Fund Services, LLC ("U.S. Bancorp") in the above-captioned case. Pursuant to Your Honor's Rule 1.D. and the Court's instructions in its Scheduling Order dated August 30, 2022 [DE No. 79], we write to request an adjournment of the pre-motion conference currently scheduled for September 21, 2022 at 3:00 p.m. as counsel for several parties, including U.S. Bancorp, are not available that day. As the Court requested, we have conferred with counsel for the parties, all of whom consent to the requested adjournment and confirm their availability for the rescheduled pre-motion conference on October 12 or 13, 2022 at any time that is convenient for the Court. These dates are also acceptable counsel for the proposed intervenor. This is the parties' first request for adjournment of the pre-motion conference.

We thank the Court for its time and attention to this matter.

Very truly yours,


Thomas P. Cimino, Jr.

TPC/bah


cc: All counsel of record

222 North LaSalle Street | Chicago, Illinois 60601 | T +1 312 609 7500 | F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.