# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION | Civil Action No. 1:21-cv-01047-FB-MMH |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan, Lewis & Bockius LLP, representing Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen, has a change of address to the following and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

> Matthew R. Ladd
> Morgan, Lewis & Bockius, LLP
> 1717 Main Street, Suite 3200
> Dallas, TX  75201
> Phone:  214-466-4000
> Fax:  214-466-4001

Dated: September 26, 2022

/s/ Matthew R. Ladd
Matthew R. Ladd
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX  75201
Phone: (214) 466-4000
Fax: (214) 466-4001
matthew.ladd@morganlewis.com

*Counsel for Defendants Trust for Advised Portfolios, Christopher E. Kashmerick, Russell B. Simon, and Steven J. Jensen*