UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION | Case No. 1:21-cv-01047-FB-MMH <br><br> <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, defendant U.S. Bancorp Fund Services, LLC states that it is a wholly-owned subsidiary of U.S. Bank National Association.

Dated: October 3, 2022

Respectfully submitted,

VEDDER PRICE P.C.

By: <u>s/ Thomas P. Cimino, Jr.</u>
Thomas P. Cimino, Jr. (admitted *pro hac vice*)
Joshua Nichols (admitted *pro hac vice*)
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Fax: (312) 609-5005
tcimino@vedderprice.com
jnichols@vedderprice.com

Joshua A. Dunn
1633 Broadway, 31st Floor
New York, NY 10019
Telephone: (212) 407-7700
Fax: (212) 407-7799
jdunn@vedderprice.com

*Attorneys for Defendant*
*U.S. Bancorp Fund Services, LLC*