Robbins Geller
Rudman & Dowd LLP

Boca Raton    Melville      San Diego
Chicago       Nashville     San Francisco
Manhattan     Philadelphia  Washington, D.C.

Eric I. Niehaus
ericn@rgrdlaw.com

October 26, 2022

<u>VIA ECF</u>

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *In re Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Securities Litigation*, No. 1:21-cv-1047-FB-MMH (E.D.N.Y.)

Dear Judge Block:

      On behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani and plaintiff Dominus Multimanager Fund, Ltd. in the above-referenced matter, we write to inform the Court that on October 17, 2022, the New York Supreme Court in the first filed case, *In re Infinity Q Diversified Alpha Fund Securities Litigation*, Index No. 651295/2021 (N.Y. Sup. Ct.) (the "State Action"), granted preliminary approval of a global settlement that will resolve all claims in this action. *See* Ex. A (September 7, 2022 stipulation of settlement), attached hereto; Ex. B (October 17, 2022 Order Preliminarily Approving Settlement), attached hereto. The Court in the State Action set a final approval hearing for January 31, 2023.

      We respectfully request that the Court stay further proceedings in this action during the pendency of the settlement process until final approval is decided in the State Action. We are available to address any questions Your Honor may have concerning this settlement.

      Respectfully submitted,

      ERIC I. NIEHAUS

EIN:dlh
Attachments

cc:    All counsel of record (via ECF)

4860-8837-5867.v2
58 South Service Road    Suite 200    Melville, NY 11747    Tel 631-367-7100    Fax 631-367-1173    rgrdlaw.com