Robbins Geller Rudman & Dowd LLP

Boca Raton  Melville  San Diego
Chicago  Nashville  San Francisco
Manhattan  Philadelphia  Washington, D.C.

Eric I. Niehaus
ericn@rgrdlaw.com

February 24, 2023

VIA ECF

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: *In re Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Securities Litigation*, No. 1:21-cv-1047-FB-MMH (E.D.N.Y.)

Dear Judge Block:

On behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani and plaintiff Dominus Multimanager Fund, Ltd. in the above-referenced matter, we write to inform the Court that on January 17, 2023, Judge Borrok in *In re Infinity Q Diversified Alpha Fund Securities Litigation*, Index No. 651295/2021 (N.Y. Sup. Ct.) (the "State Action"), issued an order stating that the final approval settlement hearing originally scheduled for January 31, 2023, be rescheduled for April 17, 2023.  Plaintiffs respectfully apologize for failing to update the Court to this change in the final approval schedule in the State Action.  We remain available to address any questions Your Honor may have concerning this settlement.

Respectfully submitted,

ERIC I. NIEHAUS

EIN:dlh

cc:   All counsel of record (via ECF)