# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIANG YANG, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>      Defendants. | Civil Action No.: 1:21-cv-1047 (FB-MMH)<br><br>CLASS ACTION |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Antonia Apps hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Defendants Infinity Q Capital Management, LLC and Leonard Potter ("Defendants"). As of December 31, 2022, undersigned counsel is no longer associated with Milbank LLP ("Milbank"). The Defendant will continue to be represented by counsel of record at Milbank.

Dated: February 28, 2023  
    New York, New York

Respectfully submitted,

 /s/ Antonia Apps  
Antonia Apps  
Securities and Exchange Commission  
100 Pearl Street  
Suite 20-100  
New York, NY 10004  
212-336-0060

SO ORDERED:

_____  
HONORABLE FREDERIC BLOCK  
UNITED STATES DISTRICT JUDGE