Robbins Geller
Rudman & Dowd LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Eric I. Niehaus
ericn@rgrdlaw.com

March 7, 2023

VIA ECF

Honorable Frederic Block
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *In re Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Securities Litigation*, No. 1:21-cv-1047-FB-MMH (E.D.N.Y.)

Dear Judge Block:

      On behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani and plaintiff Dominus Multimanager Fund, Ltd. in the above-referenced matter, we write to inform the Court that on February 27, 2023, Judge Borrok in *In re Infinity Q Diversified Alpha Fund Securities Litigation*, Index No. 651295/2021 (N.Y. Sup. Ct.), issued an order stating that the final approval settlement fairness hearing originally scheduled for April 17, 2023, be rescheduled for June 14, 2023.  We remain available to address any questions Your Honor may have concerning this settlement.

                                Respectfully submitted,

                                  ERIC I. NIEHAUS

EIN:sll

cc:      All counsel of record (via ECF)

4892-2495-9317.v1
58 South Service Road    Suite 200    Melville, NY  11747    Tel 631-367-7100    Fax 631-367-1173    rgrdlaw.com