UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION. | Civil Action No. 1:21-cv-01047-FB-MMH <br><br> Hon. Frederic Block |
| This Document Relates To: <br><br> ALL ACTIONS. | MOTION TO WITHDRAW APPEARANCE |

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Veronica E. Callahan, Defendant James Velissaris will move this Court for an Order allowing the firm Arnold & Porter Kaye Scholer LLP and its attorneys Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, and Tyler Fink to withdraw as counsel for James Velissaris. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: Mr. Velissaris informed us that he will be changing counsel in this action, necessitating our withdrawal as counsel. We further understand that Barnes & Thornburg LLP intends to file notices of appearance in this action.

Dated: New York, New York
March 31, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Veronica E. Callahan
Kathleen A. Reilly
Jennifer Oh
Tyler Fink
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000

*Attorneys for Defendant James Velissaris*