UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br>Hon. Frederic Block<br><br>**ORDER GRANTING WITHDRAWAL AS COUNSEL** |

Upon the Notice of Counsel for Defendant James Velissaris and the accompanying declaration of Veronica E. Callahan,

IT IS HEREBY ORDERED that the motion to withdraw Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, Tyler Fink, and Arnold & Porter Kaye Scholer LLP as counsel for Defendant James Velissaris is granted. The above appearances are withdrawn as of the date of this Order.

SO ORDERED:

Dated: _____

_____
The Honorable Frederick Block
United States District Court Judge