UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br>Hon. Frederic Block<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Charlotte Underwood, a member in good standing of the Bar of this Court and counsel with the law firm Barnes & Thornburg LLP, hereby enters her appearance as counsel of record for Defendant **James Velissaris** in the above-captioned litigation.

Dated: New York, New York
April 18, 2023

RESPECTFULLY SUBMITTED,

By: /s/ *Charlotte Underwood*
Charlotte Underwood
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, New York 10017
(646) 746-2192
charlotte.underwood@btlaw.com

*Attorneys for Defendant James Velissaris*