UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br>Hon. Frederic Block<br><br>**MOTION TO WITHDRAW APPEARANCE** |

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Veronica E. Callahan, Defendant James Velissaris will move this Court for an Order allowing the firm Arnold & Porter Kaye Scholer LLP and its attorneys Veronica E. Callahan, Kathleen A. Reilly, Jennifer Oh, and Tyler Fink to withdraw as counsel for James Velissaris. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: As of April 18, 2023, Barnes & Thornburg have entered an appearance to represent James Velissaris, and become counsel of record in this matter.

Dated: New York, New York
April 18, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Veronica E. Callahan
Kathleen A. Reilly
Jennifer Oh
Tyler Fink
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000

*Attorneys for Defendant James Velissaris*