UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INFINITY Q DIVERSIFIED ALPHA FUND AND INFINITY Q VOLATILITY ALPHA FUND, L.P. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil Action No. 1:21-cv-01047-FB-MMH<br><br>Hon. Frederic Block<br><br>**DECLARATION OF VERONICA E. CALLAHAN PURSUANT TO LOCAL RULE 1.4** |

    I, Veronica E. Callahan, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    Defendant James Velissaris is represented in this matter by Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"). Counsel of record for James Velissaris includes my colleagues Kathleen A. Reilly, Jennifer Oh, and Tyler Fink as well as myself.

    2.    On April 18, 2023, an attorney from Barnes & Thornburg LLP entered her appearance to represent Mr. Velissaris in this action. Although we have not filed a notice of appearance on behalf of Infinity Q Management Equity, LLC ("IQME") in this action, we represented IQME in other actions and have previously interacted with counsel in this action on IQME's behalf. We understand that Mr. Velissaris' decision to change counsel also relates to changing counsel for IQME. For the avoidance of any doubt, we will not be representing IQME in this case.

    3.    Currently, the posture of the case is as follows: No answer has been filed, no dispositive motions have been filed, and no trial date has been set. This action is stayed while the judge in the related State action is reviewing a proposed class settlement, which is set for an approval hearing on June 14, 2023.

4. Because an attorney from Barnes & Thornburg LLP has appeared and will continue to represent Mr. Velissaris in this action, withdrawal of Ms. Reilly, Ms. Oh, Mr. Fink and myself will not prejudice Mr. Velissaris.

5. Arnold & Porter is not asserting a retaining or charging lien.

6. I respectfully request that the Court enter the accompanying Order allowing Arnold & Porter, Ms. Reilly, Ms. Oh, Mr. Fink, and myself to withdraw as counsel of record for James Velissaris.

Dated: New York, New York
April 18, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Veronica E. Callahan
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

*Attorneys for Defendant James Velissaris*