**ROBBINS GELLER RUDMAN & DOWD LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Eric I. Niehaus
ericn@rgrdlaw.com

November 17, 2023

<u>VIA ECF</u>

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *In re Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Securities Litigation*, No. 1:21-cv-1047-FB-MMH (E.D.N.Y.)

Dear Judge Block:

    On behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani and plaintiff Dominus Multimanager Fund, Ltd. in the above-referenced matter, we write to inform the Court that since the June 14, 2023 settlement hearing before the New York Supreme Court, there has been no order on plaintiffs' motion for final approval of the class action settlement.  As of that date, the court took the matter under submission.

    We are available to address any questions Your Honor may have concerning this settlement.

Respectfully submitted,

ERIC I. NIEHAUS

EIN:dlh

cc:   All counsel of record (via ECF)