**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Eric I. Niehaus
ericn@rgrdlaw.com

February 12, 2024

VIA ECF

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: *In re Infinity Q Diversified Alpha Fund and Infinity Q Volatility Alpha Fund, L.P. Sec. Litig.*, No. 1:21-cv-1047-FB-MMH (E.D.N.Y.)

Dear Judge Block:

On behalf of Lead Plaintiff Schiavi + Company LLC DBA Schiavi + Dattani and plaintiff Dominus Multimanager Fund, Ltd. in the above-referenced matter, we write to respectfully request that this case remain stayed before the Court pending the resolution of plaintiffs' renewed motion for an award of attorneys' fees and expenses, filed with Justice Melissa A. Crane of the New York Supreme Court on February 8, 2024.

Upon the final resolution of that motion, we intend to expeditiously ask this Court to dismiss the federal consolidated action.

We are available to address any questions Your Honor may have concerning this settlement.

Respectfully submitted,

ERIC I. NIEHAUS

EIN:dlh
Enclosure

cc:     All counsel of record (via ECF)